BY THE COURT:

CALL YOUR FIRST WITNESS.

BY MS. MC DONALD:

YES, YOUR HONOR, THE STATE CALLS DERRICK MARIGNY

FOR ITS FIRST WITNESS.

BY THE COURT:

APPROACH THE BENCH BEFORE YOU DO THAT.

REPORTER'S NOTE:

ALL COUNSELS APPROACHED THE BENCH FOR A BRIEF

CONFERENCE.


DERRICK MARIGNY

CALLED BY THE STATE AND AFTER FIRST HAVING BEEN DULY

SWORN, TESTIFIED AS FOLLOWS:

DIRECT EXAMINATION

EXAMINATION BY MC. MCDONALD:

Q     DERRICK, PLEASE STATE YOUR FULL NAME FOR THE RECORD.

A     DERRICK ANTOINE MARIGNY.

BY MS. MC DONALD:

OKAY. YOU HAVE TO PULL THE MICROPHONE A LITTLE

CLOSER. WE HAVE PROBLEMS WITH THE

ACOUSTICS IN HERE.


EXAMINATION RESUMED BY MS. MC DONALD:

Q     STATE YOUR FULL NAME FOR THE RECORD.

A     DERRICK ANTOINE MARIGNY.

Q     AND WHERE DO YOU LIVE?

A     1470 MILNER STREET.

Q     AND, DERRICK, ON MAY 6TH AT 1:25 A.M., WHERE WERE

YOU?

10

A    AT THE END ZONE.

Q    OKAY. AND WHO WERE YOU WITH THAT NIGHT?

A    HAROLD WILSON AND CURTIS MILLER.

Q    AND WHO IS HAROLD WILSON?

A    HAROLD WILSON IS A FRIEND OF MINE.

Q    AND IS HAROLD WILSON THE VICTIM TODAY?

A    EXCUSE ME?

BY THE COURT:

IS HE THE ONE THAT'S DEAD?

BY THE WITNESS:

YES, HAROLD IS THE DECEASED.

EXAMINATION RESUMED BY MS. MC DONALD:

Q    OKAY. NOW, DERRICK, TELL THE LADIES AND GENTLEMEN OF THE JURY AT APPROXIMATELY 1:25 IN THE MORNING WHERE WERE YOU, AND WHAT WERE YOU DOING?

A    AT APPROXIMATELY 1:35, MAY 6TH, 1990, I WAS AT A CLUB CALLED THE END ZONE. AND MYSELF AND HAROLD WILSON, WE WERE IN THE END ZONE HAVING A FEW DRINKS AND JUST TALKING, AND SOME ... LET ME SEE. YES, AND HAROLD LEFT ME FOR A MOMENT, AND HE COME BACK. HE RETURNED AND HE SAID CURTIS WAS OUTSIDE BUT THEY WOULND'T LET HIM IN FOR HIS AGE.

Q    BECAUSE CURTIS IS UNDER AGE?

A    RIGHT.

Q    GO AHEAD.

A    AT THAT TIME MYSELF AND HAROLD WILSON WENT OUTSIDE TO ACCOMPANY CURTIS AND WE WALKED

11

ACROSS THE STREET, AND WE THEN ENGAGED IN CONVERSATION ON THE BACK OF A CAR.

Q    ALL RIGHT, DERRICK, LET ME ASK YOU THIS. THE END ZONE BAR, DOES IT HAVE ANY KIND OF METAL DETECTOR AS YOU GO IN?

A    YES. AND THERE'S A POLICE OFFICER.

Q    OKAY. SO, IF YOU HAD ANY KIND OF WEAPON ON YOU OR ANY METAL YOU ...

BY MR. MERRITT:

THAT'S LEADING THE WITNESS.

BY THE COURT:

YES, IT IS. DON'T LEAD.

BY MS. MC DONALD:

I'M SORRY, YOUR HONOR.

EXAMINATION RESUMED BY MS. MC DONALD:

Q    IS THERE A METAL DETECTOR AT THE BAR?

A    THERE WERE NIGHTS WHEN I WENT INTO THE CLUB THERE WERE THE METAL DETECTORS THAT YOU HAD TO STEP THROUGH.

Q    OKAY. NOW, PLEASE CONTINUE, DERRICK.

A    AND AT THAT TIME MYSELF AND HAROLD WE ACCOMPANIED CURTIS ACROSS THE STREET. AND WE WAS ENGAGED IN A LIGHT CONVERSATION, SUCH AS TEASING CURTIS BECAUSE HE COULDN'T COME INTO THE CLUB BECAUSE OF HIS AGE, AND ALL OF THE WOMEN WERE INSIDE THE CLUB. AND WE JUST WENT ON AND ON WITH CONVERSATION AND ...

12

BY MS. MC DONALD:

ALL RIGHT. LET ME INTERRUPT YOU. YOUR HONOR, THE STATE IS GOING TO ASK THE WITNESS TO STEP DOWN FROM THE STAND AND DRAW THE SCENE UP ON THE BLACKBOARD.

BY THE COURT:

OKAY.

BY MS. MC DONALD:

ALL RIGHT. YOUR HONOR, LET THE RECORD REFLECT THAT THE WITNESS IS BY THE BLACKBOARD.

EXAMINATION ARESUMED BY MS. MC DONALD:

Q    ALL RIGHT, DERRICK, I WANT YOU TO DRAW THE SCENE, THE TWO CROSS STREETS AT BRUXELLES AND TREASURE STREET. CAN YOU DRAW THE SCENE FOR ME? DRAW IT DARK SO THE JURY CAN BE ABLE TO SEE IT.

REPORTER'S NOTE:

THE WITNESS COMPLIED WITH MS. MCDONALD'S REQUEST.

EXAMINATION RESUMED BY MS. MC DONALD:

Q    ALL RIGHT. NOW, YOU JUST INDICATED ON THAT "CLUB". IS THAT THE END ZONE LOUNGE?

A    YES, IT IS.

Q    AND WHERE'S THE DOOR TO THAT CLUB, DERRICK.

A    AT THE CORNER, AT THE VERY CORNER OF BRUXELLES AND TREASURE.

Q    OKAY. AND WHAT STREET IS WHICH?

A    TREASURE IS THIS STREET. THIS IS TREASURE.

13

Q    OKAY.

A    THIS IS BRUXELLES.

Q    OKAY.  NOW, DERRICK, WERE WERE YOU ALL?  ALL RIGHT.  YOU HAVE TO DRAW IT JUST A LITTLE BIT BIGGER, DERRICK.  OKAY, YOU JUST DREW THAT BOX.  WHAT IS THAT?

A    THAT'S THE CAR.  THAT'S THE AUTOMOBILE THAT WE WERE ON THE BACK OF.  THE FRONT OF THE CAR WAS POINTED IN THIS DIRECTION.  THE BACK OF THE CAR IS HERE.  AND WE WERE ON THE REAR OF THE CAR.

Q    OKAY.  AND, DERRICK, WHICH WAY IS PARIS STREET ON THAT?

A    PARIS AVENUE IS HERE.

Q    PARIS ... OKAY.  OKAY.

A    THIS IS PARIS STREET.

Q    ALL RIGHT.  NOW, DERRICK, WHEN YOU WERE SITTING ... WHO WERE YOU WITH WHEN YOU WERE ON THE BACK OF THE CAR?

A    MYSELF WAS POSITIONED HERE.  CURTIS MILLER WAS POSITIONED BETWEEN MYSELF AND HAROLD WILSON.

Q    OKAY.  YOU WERE THE FARTHEREST ...

A    I WAS ON THE DRIVER'S SIDE OF THE REAR OF THE CAR.

Q    ALL RIGHT.  AND WHO WAS IN THE MIDDLE?

A    CURTIS.

Q    AND WHO WAS ON THE FAR SIDE?

A    HAROLD WILSON.

Q    AND THIS IS THE DECEASED.  IS THAT CORRECT?

A    CORRECT.

Q    OKAY.  NOW, TELL ME, WERE THERE ANY OTHER CARS NEAR

14

THE SCENE, RIGHT AROUND THERE?

A     YES, THERE WERE OTHER CARS.

Q     OKAY. NOW, TRY TO SPEAK UP SO THE JURY CAN HEAR YOU.

A     THERE WERE OTHER CARS. THERE WERE PARKED CARS AROUND HERE, AND THERE WAS A CAR HERE, A CAR MAYBE HERE, AND A COUPLE OF OTHER CARS, EXACTLY WHERE I'M NOT SURE.

Q     NOW, DERRICK, REGARDING THIS AREA, IS THERE A BUILDING HERE? TELL THE JURY WHAT IS RIGHT THERE. IS THERE A SIDEWALK RIGHT THERE?

A     WELL, HERE IS A SIDEWALK. THIS IS A BUILDING. THIS IS MAYBE A BUILDING. THIS IS A BIG OPEN FIELD. ALL THIS IS JUST FIELDS. THIS IS THE NIGHT CLUB, SOME HOUSES.

Q     OKAY. NOW, DERRICK, AT APPROXIMATELY 1:30 A.M., WHERE WERE YOU?

A     I WAS OUTSIDE ACCOMPANIED BY CURTIS AND HAROLD, OUTSIDE THE NIGHT CLUB.

Q     OKAY. I WANT YOU TO TELL THE LADIES AND GENTLEMEN OF THE JURY WHAT YOU SAW NEXT.

A     WHEN WE ENGAGED IN CONVERSATION HAROLD SPOKE UP AND SAID, "LOOK AT THE ROBBERS." AND WHEN MYSELF AND CURTIS LOOKED UP AND LOOKED AROUND, THEN WE NOTICED ACROSS THE STREET, APPROXIMATELY RIGHT HERE, HEADED IN THIS DIRECTION WAS LEONARD NELSON AND MATTHEW MOORE.

Q     AND HOW DO YOU KNOW THEM? DO YOU KNOW LEONARD NELSON AND MATTHEW MOORE?

A     YES, I KNOW LEONARD NELSON AND MATTHEW MOORE.

Q     AND HOW DO YOU KNOW LEONARD NELSON?

15

A    I KNOW LEONARD NELSON THROUGH SCHOOL, JUNIOR HIGH, AND THROUGH COMING UP IN THE ST. BERNARD HOUSING PROJECT.

Q    YOU'VE KNOWN HIM FOR A LONG TIME?

A    I KNOW LEONARD NELSON PERSONALLY.

Q    TELL ME WHAT HAPPENED, DERRICK.

A    AT THIS TIME THE TWO OF THEM AND THE THREE OF US WE JUST MADE EYE CONTACT. AND THE TWO OF THEM PROCEEDED WALKING IN THIS DIRECTION AND THEY TURNED IN FRONT OF THE CLUB. OUR EYES WERE STILL ON THEM, STILL WATCHING THE TWO OF THEM, BECAUSE, YOU KNOW, WE DIDN'T KNOW WHAT WAS UP. WE KNEW THEM FROM THEIR REPUTATION. SO, AT THAT POINT LEONARD NELSON KIND OF LIKE ... NOT KIND OF LIKE. HE DID COME OFF OF THE SIDEWALK INTO THE STREET AT ABOUT THIS POINT. MATTHEW MOORE NOT FAR AT ALL BEHIND HIM. AT THIS POINT, LEONARD NELSON COMES FROM UNDER HIS SHIRT WITH A GUN AND AT THE SAME TIME, MATTHEW MOORE COMES FROM UNDER HIS SHIRT WITH A GUN. AND A SHOT WAS FIRED TOWARD OUR DIRECTION. AND AS THE TWO OF THEM WERE COMING TOWARD US, LEONARD NELSON WAS SAYING, "GIVE IT UP. GIVE IT UP."

Q    WHAT DID THAT MEAN TO YOU, DERRICK?

A    WELL, BY ME KNOWING LEONARD NELSON AND MATTHEW MOORE AND THEIR REPUTATION, "GIVE IT UP" MEANS, YOU KNOW, AND A GUN POINTING AT YOU,

16

GIVE UP THE VALUES, YOU KNOW, GIVE UP THE GOODS.

Q    AND THAT MEANT "GIVE IT UP" TO YOU.

BY MR. MERRITT:

GOT A MOMENT FOR US, YOUR HONOR?  OBJECTION.  A MOMENT AT THE SIDE BAR?

REPORTER'S NOTE:

ALL COUNSELS APPROACHED THE BENCH FOR A BRIEF CON-FERENCE.

BY THE COURT:

YOU CAN SIT DOWN NOW.

REPORTER'S NOTE:

THE WITNESS RETURNED TO THE WITNESS STAND.

EXAMINATION RESUMED BY MS. MC DONALD:

Q    ALL RIGHT, DERRICK, AFTER YOU SAW LEONARD NELSON AND MATTHEW MOORE AT THIS INTERSECTION, WHAT DID THEY DO?

A    AS I WAS SAYING, THE SHOTS WAS FIRED.

Q    OKAY, AFTER THE SHOTS WERE FIRED, WHAT DID YOU DO?

A    I PROCEEDED RUNNING TOWARD THE FRONT OF THE CAR.

Q    AND WHY DON'T YOU SHOW ME WHICH WAY YOU RAN OFF?

BY THE COURT:

NO, JUST US.  TELL THEM WERE YOU RAN.  YOUR DIAGRAM IS ALREADY UP THERE.

EXAMINATION RESUMED BY MS. MC DONALD:

17

A    I RAN TO THE FRONT OF THE CAR ON THE DRIVER'S SIDE.

Q    ALL RIGHT. AND WERE YOU BY YOURSELF RUNNING?

A    DID YOU RUN BY YOURSELF OR DID CURTIS ...

Q    AS FAR AS I KNEW. AT THIS POINT I WASN'T LOOKING BEHIND ME, BUT I KNEW AS I BROKE OFF IN THAT DIRECTION HAROLD AND CURTIS WERE HEADED IN ANOTHER DIRECTION.

Q    IN WHAT DIRECTION ... IF YOU WENT THIS WAY, WHICH WAY DID HAROLD AND CURTIS GO?

A    HAROLD AND CURTIS PROCEEDED RUNNING DOWN TREASURE.

Q:   DOWN THIS STREET?

A    EXACTLY.

Q    OKAY. ALL RIGHT. AND WHAT WAS THE NEXT THING THAT YOU HEARD?

A    WELL, ONCE I BROKE TO THE FRONT OF THE DRIVER'S SIDE OF THE CAR, AND I WAS LIKE DUCKING, YOU KNOW, TO SHIELD MYSELF, I WAS IN POSITION TO WHERE I COULD SEE ALONGSIDE OF THE CAR, AND THAT'S THE TIME WHEN I NOTICED THAT THEY WASN'T IN MY PURSUIT, THAT THEY HAD PURSUITED (SIC.) BEHIND HAROLD AND CURTIS.

Q    ALL RIGHT. BUT WHEN YOU TURNED AROUND LEONARD NELSON WAS OR WAS NOT BEHIND YOU?

A    HE WAS NOT BEHIND ME.

Q    ALL RIGHT. IN WHICH DIRECTION DID LEONARD NELSON AND MATTHEW MOORE GO?

A    THEY WERE HEADED IN THE SAME DIRECTION AS CURTIS AND HAROLD.

Q    DOWN TREASURE?

18

A    EXACTLY.

Q    PLEASE CONTINUE. GO AHEAD.

A    AND SO, THEN, AT THAT TIME, ONCE I NOTICED THEY WASN'T PURSUING ME I WENT BACK TO THE REAR OF THE DRIVER SIDE OF THE CAR WHERE I ONCE WAS, BUT I WAS LIKE IN A DUCKING ANGLE BEHIND THE CAR TO SEE WHERE THEY WERE RUNNING AT. AND AT THAT POINT CURTIS WAS SOMEWHAT AHEAD OF HAROLD. HAROLD WAS SLIGHTLY BEHIND CURTIS, AND HAROLD WAS MORE OR LESS RUNNING, BUT YET IN A BACKWARDS POSITION, YOU KNOW. HE WAS ...

Q    RUNNING BACKWARDS?

A    RIGHT. HE WAS RUNNING BACKWARDS, AND I'M BEHIND THE CAR LOOKING AND THEN LEONARD NELSON IS STILL SAYING, "GIVE IT UP! GIVE IT UP!" AND HAROLD AT THAT TIME WHICH HE HAD ON STUD DIAMOND EARRINGS AND MAYBE A CHAIN WITH A MEDALLION ON IT. AND HE WAS LIKE MOVING BACKWARDS, JOGGING BACKWARDS, AND TRYING TO GET THE STUD DIAMOND EARRING OUT OF HIS EAR, AND I GUESS BY HIS NERVOUSNESS HE WOULD GO FROM THE DIAMOND EARRING TO THE CHAIN, BACK AND FORTH, UNTIL HAROLD HAD SLIPPED BACKWAYS, AND FELL TO THE GROUND.

Q    OKAY. AND WHAT WAS LEONARD NELSON SAYING THE WHOLE TIME HAROLD WAS ...

A    "GIVE IT UP! GIVE IT UP, MAN, GIVE IT UP!"

Q    AND DID HE HAVE ANYTHING IN HIS HANDS AT THAT TIME?

19

A    DID WHO?

Q    LEONARD NELSON.

A    YES, HE HAD HIS GUN IN HIS HAND.

Q    AND HE STILL HAD THE GUN IN HIS HAND.   ALL RIGHT, WHAT HAPPENED AFTER HAROLD FELL?

A    AFTER HAROLD FELL, THAT ALLOWED LEONARD NELSON TIME TO CATCH UP WITH HIM.  AND I COULD HEAR HIM TELL HIM ... I COULD HEAR HIM BACK AND FORTH.  HAROLD WAS SAYING, "PLEASE, MAN, PLEASE DON'T KILL ME.  HERE, YOU CAN TAKE IT.  PLEASE DON'T KILL ME!"  AND LEONARD NELSON WAS SAYING, "I GOT YOUR ASS NOW, MAN."

Q    AND WHAT DID LEONARD NELSON DO AFTER THAT?

A    AT THAT TIME, LEONARD NELSON, WHICH MATTHEW MOORE WAS COMING UP TOWARD HIM ON WHERE THEY HAD STOPPED.  LEONARD NELSON HAD FIRED A SHOT AND SHOT HAROLD.

Q    OKAY.  WAS HAROLD ON THE GROUND AT THIS TIME?

A    YES, HAROLD WAS ON THE GROUND.

Q    HOW MANY TIMES DID LEONARD NELSON SHOOT HIM WHEN HE WAS ON THE GROUND?

A    FROM WHAT I SEEN HE SHOT HIM AND MATTHEW MOORE'S STILL COMING UP, AND HAROLD'S STILL SCREAMING, HAROLD'S SAYING, "I'M GOING TO DIE!  I'M GOING TO DIE!"  SO, HE SHOOTS HIM AGAIN.  "POW!"  SO, AT THIS TIME, MATTHEW MOORE IS THERE, AND LEONARD NELSON MOTIONS FOR MATTHEW MOORE TO COME OVER, SAYING, "COME ON; KILL THIS NIGGER."  AND AT THAT TIME THE TWO,

20

MATTHEW MOORE AND LEONARD NELSON, BEING SIDE BY SIDE AND THE ANGLE I WAS IN, THEIR BACKS WERE FACING ME. AND THE THIRD SHOT THAT WAS FIRED THAT I HEARD, WHOSE GUN IT CAME FROM I DON'T KNOW. BUT THERE WAS A THIRD SHOT.

Q  NOW, DERRICK, DID HAROLD HAVE A GUN THAT NIGHT?

A  NO, I DON'T ... NOT THAT I COULD BELIEVE. WE WENT TO THE CLUB TOGETHER AND COME OUT THE CLUB TOGETHER.

Q  OKAY. AND WHEN "SKINNY MAN," WHEN LEONARD NELSON STARTED COMING OVER DID YOU SEE HAROLD GRAB A GUN OR ANYTHING?

A  NO. HAROLD HAD A DRINK IN ONE HAND, THE DRINK WE COME OUT THE CLUB WITH AND NOTHING IN HIS OTHER HAND. AND BESIDES, AS FAR AS I COULD RECALL, HIS SHIRT WAS DOWN IN HIS PANTS.

Q  WHEN YOU SAW HAROLD RUNNING BACKWARDS TRYING TO GET THE EARRING, DID YOU SEE HIM TRYING TO GET A GUN AT THAT TIME?

A  HIS HANDS STOOD UP. HIS HANDS STOOD BESIDE HIS EAR AND HIS NECK. HE WAS TRYING TO GET HIS CHAIN OR HIS DIAMOND EARRING OUT OF HIS EAR.

Q  AND DERRICK, DID YOU HAVE A GUN THAT EVENING?

A  NO, I DIDN'T HAVE A GUN. I DON'T OWN A GUN.

Q  DID YOU AND HAROLD BOTH COME FROM OUT OF THE CLUB?

A  YES, WE COME OUT OF THE CLUB TOGETHER.

Q  NOW, DERRICK, AFTER THE SHOOTING TELL ME WHAT HAPPENED.

A  AFTER THE SHOOTING, ...

21

Q    I MEAN, WHAT HAPPENED AFTER THAT?

A    IT LOOKED ... IT APPEARS TO ME THAT LEONARD NELSON WAS STILL GOING DOWN FOR HAROLD'S CHAIN OR MAYBE HIS EARRING, BUT HE WAS STILL GOING DOWN AT THE TIME OF THE THIRD SHOT, BOTH WAS UP, AND AT THIS TIME LEONARD NELSON APPEARED TO BE GOIND DOWN AS THOUGH HE WAS ABOUT TO EITHER SNATCH THE CHAIN OR GO FOR THE EARRING. AT THAT TIME A DOOR OPENED, A CAR DOOR OPENED, AND SOMEONE STEPPED OUT OF IT, AND THAT TOOK LEONARD NELSON AND MATTHEW MOORE ATTENTION OF THAT FOR THE MOMENT. AND THEY CAME, YOU KNOW, HE COMPLETELY STOOD UP, LOOKED AROUND, AND THEN THE TWO OF THEM THEY STARTED LIKE PROCEEDING BACK MY WAY. SO, AT THAT POINT I RAN, I FLEED (SIC.) FROM THE REAR OF THE CAR ALL THE WAY UP THE STREET.

Q    YOU LEFT THE SCENE AT THAT TIME?

A    I LEFT THE SCENE AT THAT TIME.

Q    NOW, WHERE DID YOU GO, DERRICK?

A    I RAN UP BRUXELLES AND BRUXELLES GOES INTO A CURVE STREET, BUT I DIDN'T GO ALL THE WAY AROUND. I RUN OUT INTO ... I JUMPED OFF LIKE A HILL. AND THEN I WAS ON GENTILLY BOULEVARD. I RUN ACROSS GENTILLY ONTO SOME BACK STREETS IN THE NEIGHBORHOOD.

Q    ALL RIGHT, DID THERE COME A TIME WHEN YOU SPOKE TO

22

A DETECTIVE IN THE HOMICIDE DIVISION, A DETECTIVE PEARCE. DID YOU SPEAK WITH HIM?

A    YES.

Q    AND DID YOU TELL HIM AT THAT TIME WHAT YOU KNEW OF THE INCIDENT?

A    YES, I DID.

Q    AND DID YOU TELL HIM THAT LEONARD NELSON AND MATTHEW MOORE WERE INVOLVED?

A    YES.

Q    DID THERE EVER COME A TIME, DERRICK, THAT YOU LOOKED AT WHAT IS CALLED A "PHOTOGRAPHIC LINEUP?"

A    YES, THERE WAS.

Q    I'M GOING TO SHOW YOU WHAT'S BEEN MARKED AS STATE'S EXHIBIT 1. I'M SHOWING IT TO DEFENSE COUNSEL FIRST. DERRICK, WHEN YOU SPOKE TO DETECTIVE PEARCE, DID YOU TELL HIM THE TWO NAMES OF THE PERPETRATORS?

A    I DID.

Q    AND LATER ON, WHEN YOU WERE GOING TO GO BEFORE THE GRAND JURY, IS THAT WHEN YOU MADE YOUR PHOTOGRAPHIC LINEUP I.D.?

A    RIGHT.

Q    OKAY. SO, THIS WAS MONTHS AFTER THIS OCCURRED. IS THAT CORRECT?

BY MR. MERRITT:

    THAT'S LEADING THE WITNESS.

BY MS. MC DONALD:

    I'LL WITHDRAW THE QUESTION.

BY THE COURT:

23

IT IS. IT'S BAD PRACTICE, BUT ...

BY MS. MC DONALD:

YOUR HONOR, I'LL WITHDRAW THE QUESTION.

EXAMINATION RESUMED BY MS. MC DONALD:

Q    I'M GOING TO SHOW YOU, DERRICK, WHAT HAS BEEN MARKED AS STATE'S EXHIBIT #1. LET THE RECORD REFLECT THAT I'VE SHOWN IT TO DEFENSE COUNSEL. AND I'M GOING TO ASK YOU IF YOU'VE EVER SEEN THESE BEFORE. HAVE YOU SEEN THESE BEFORE, DERRICK?

A    YES, I DID.

Q    OKAY. AND WHEN YOU WERE SHOWN THESE PICTURES, WHAT DID YOU DO, DERRICK?

A    I IDENTIFIED THE SUSPECT IN THE PICTURE AND SIGNED AND DATED THE BACK OF ALL THE SUSPECT'S PICTURE AND INITIALED OTHERS.

Q    NOW, DERRICK, WHEN THE POLICE OFFICER HANDED THESE TO YOU, DID HE TELL YOU THAT YOU HAD TO PICK SOMEBODY OUT?

A    NO, HE DIDN'T.

Q    DID HE SAY, "LEONARD NELSON'S IN HERE, AND I WANT YOU TO GET HIM."

A    NO, HE DIDN'T.

Q    HOW DID HE HAND THESE TO YOU?

A    JUST AS YOU ARE. HE GIVE 'EM TO ME JUST IN A STACK, AND ASKED ME DO I SEE THE SUSPECT IN THESE PHOTOS.

Q    AND WERE YOU ABLE TO PICK OUT THE PICTURE?

A    YES, I WAS.

Q    AND WHAT DID YOU DO TO THE BACK OF THAT PICTURE?

24

A    I SIGNED IT AND DATED IT.

Q    AND THE PICTURE THAT YOU DATED, THIS IS LEONARD NELSON?

A    YES, THAT IS LEONARD NELSON.

Q    THIS IS THE PICTURE THAT YOU PICKED OUT?

A    THAT'S THE PICTURE.

Q    ALL OF THESE OTHER PICTURES WHAT DID YOU DO TO THE BACK OF THESE?

A    I INITIALED THEM.

Q    AND YOU INITIALED ALL THE ONES THAT WEREN'T LEONARD NELSON?

A    CORRECT.

Q    WHAT DID YOU DO WITH THE ONE THAT WAS LEONARD NELSON?

A    I SIGNED IT AND DATED IT.  I SIGNED MY SIGNATURE TO IT AND DATED IT.

Q    OKAY.  DERRICK, DO YOU SEE THE PERSON TODAY IN THE COURTROOM WHO SHOT YOUR FRIEND, HAROLD?

A    YES, I DO.

Q    CAN YOU PLEASE POINT HIM OUT AND DESCRIBE WHAT HE'S WEARING?

A    THE COLORED GENTLEMAN, THE BLACK GENTLEMAN, THE YOUNG MAN WITH THE GREEN AND BLACK T-SHIRT, SOMEWHAT, AT THE TABLE WITH THE ATTORNEYS.

Q    YOUR HONOR, LET THE RECORD REFLECT THAT THE WITNESS HAS IDENTIFIED THE DEFENDANT BEFORE THE BAR.

EXAMINATION RESUMED BY MS. MC DONALD:

Q    DERRICK, HAVE YOU EVER BEEN CONVICTED OF A CRIME?

25

A        YES.

Q        AND WHAT CRIME HAVE YOU BEEN CONVICTED OF?

A        CONVICTED OF ARMED ROBBERY.

Q        ARMED ROBBERY.  AND WHEN WAS  THAT?

A        1982.

Q        HAVE YOU EVER BEEN CONVICTED OF ANYTHING ELSE?

A        YES.

Q        WHAT ELSE HAVE YOU BEEN CONVICTED OF?

A        SIMPLE POSSESSION OF MARIJUANA.

Q        AND YOU WERE GUILTY OF THAT?

A        I WAS NOT GUILTY OF THE MARIJUANA.  THE ARMED ROBBERY,
I WAS.

Q        OKAY.  AND YOU PLED GUILTY TO THE ARMED ROBBERY?

A        YES, I DID.

Q        DERRICK, ARE YOU TELLING THE TRUTH TODAY?

A        YES, I AM.


BY MR. MERRITT:

          NO, THE JURY MAKES THAT DECISION, NOT DERRICK.

BY THE COURT:

          SUSTAINED.

BY MS. MC DONALD:

          ONE MOMENT, YOUR HONOR.  YOUR HONOR, I TENDER THIS
WITNESS.


                    CROSS EXAMINATION

EXAMINAITON BY MR. MERRITT:

Q        YOU SAY THE THREE OF YOU WERE STANDING RIGHT HERE?
IS THAT CORRECT?

A        YES, SIR.

Q        IS THIS AN ABONDONED CAR OR A PARKED CAR?

26

A        I DON'T QUITE RECALL, MR. MERRITT.

Q        WHICH CAR DOOR OPENED AND PEOPLE GOT OUT OF IT?

A        THE CAR DOOR IN THE REAR; THE CAR FAR THERE IN THE REAR, YES.

Q        NOW, WHERE WERE YOU WHEN YOU SAY YOU WERE WATCHING DERRICK ... HAROLD AND LEONARD?

BY MS. MC DONALD:

        YOUR HONOR, I'M GOING TO OBJECT. IT WASN'T HAROLD AND LEONARD. IT'S LEONARD AND MATTHEW MOORE.

BY THE COURT:

        OVERRULED. YOU'VE SAID YOUR QUESTION. LET THE WITNESS ANSWER.

EXAMINATION RESUMED BY MR. MERRITT:

Q        WHERE DO YOU SAY YOU WERE WHEN LEONARD AND HAROLD WERE DOWN ON THIS END? COME PUT AN "X" BY IT.

BY THE COURT:

        AND WHAT'S THE "X"?

REPORTER'S NOTE:

        THE COMPLIED WITH THE REQUEST OF THE DEFENSE COUNSEL.

BY THE COURT:

        AND WHAT DOES THE "X" REPRESENT, SON? THAT'S YOU OR THAT'S ...

BY THE WITNESS:

        THAT'S ME, YOUR HONOR.

BY THE COURT:

        YOU'RE THE "X". OKAY. ALL RIGHT. COME SIT DOWN.

27

REPORTER'S NOTE:

THE WITNESS RETURNED TO THE WITNESS CHAIR.

EXAMINATION RESUMED BY MR. MERRITT:

Q   WHAT I'M TRYING TO DO IS DETERMINE FROM YOU ... FIRST YOU RAN. HOW FAR DID YOU RUN? YOU SAID YOU RAN UP BRUXELLES STREET. IS THAT CORRECT?

A   THAT'S CORRECT.

Q   HOW FAR UP DID YOU RUN?

A   AT THAT POINT, MR. MERRITT?

Q   WHEN YOU RAN, WHEN YOU FIRST TOOK OFF.

A   WHEN I FIRST RAN I ONLY RAN TO THE FRONT OF THAT VEHICLE.

Q   THAT'S RIGHT HERE?

A   YES.

Q   ALL RIGHT. IS IT FROM HERE OR FROM HERE THAT YOU HEARD LEONARD SAYING, "GIVE IT UP," AND YOU HEARD HAROLD ASK HIM TO SPARE HIS LIFE? WHERE WERE YOU WHEN YOU HEARD ALL THIS?

A   THE VERY FIRST TIME THAT I HEARD LEONARD NELSON STATE, "GIVE IT UP. GIVE IT UP," THE THREE OF US WERE STILL IN THE FRONT OF THE CAR, AND HE WAS HEADED IN OUR DIRECTION, AND THE FIRST SHOT WAS FIRED, AND THE SECOND ONE HAD JUST ... THE SECOND ONE CAME AS I WAS IN THE PROCESS OF MOVING.

Q   NOW, WHERE DID YOU COME BACK TO? DO YOU UNDERSTAND MY QUESTION?

A   NO.

28

Q WHEN LEONARD ... RATHER, WHEN "BOSS" WAS ASKING LEONARD NOT TO TAKE HIS LIFE WHERE WERE YOU?

A WHERE I PLACED THE "X".

BY THE COURT:

THE SECOND "X" OR THE FIRST "X"?

BY MS. MC DONALD:

WHERE HE PLACED THE SECOND "X", YOUR HONOR. I PLACED THE FIRST ONE.

BY THE COURT:

THE SECOND "X" FURTHER UP.

EXAMINATION RESUMED BY MR. MERRITT:

Q YOU WERE HERE?

A NO. THAT'S THE "X" YOU PUT. I PLACED THE "X".

Q RIGHT HERE?

A RIGHT.

Q THIS IS WHERE YOU RAN TO AND YOU CAME BACK TO THERE WHEN YOU SAID THEY WEREN'T PURSUING YOU, YOU THOUGHT.

A RIGHT,.

Q YOU CAME BACK TO HERE?

A EXACTLY.

Q AND IS IT SAFE TO SAY THAT ... COME SHOW US WHERE HAROLD WAS SHOT?

REPORTER'S NOTE:

THE WITNESS COMPLIED WITH THE REQUEST OF THE DEFENSE COUNSEL.

EXAMINATION RESUMED BY MR. MERRITT:

29

Q        ON THE SIDE OF THIS CAR?

A        THAT'S RIGHT.  BETWEEN THE CAR AND THE BUILDING.

Q        OKAY.

A        THAT'S WHERE HE WAS KILLED.

Q        OKAY.

REPORTER'S NOTE:

        THE WITNESS RETURNED TO THE WITNESS CHAIR.

EXAMINATION RESUMED BY MR. MERRITT:

Q        ALL RIGHT.  NOW, THEN AFTER ALL THIS YOU LEFT.
        WHERE DID YOU GO, BY THE WAY?

A        AS I STATED, AFTER ALL OF THAT WHICH YOU'RE
        TALKING ABOUT, I PROCEEDED UP BRUXELLES.

Q        GOING WHERE?

A        UP BRUXELLES GOING TOWARD ... AS I SAID, BRUXELLES
        COMES UP LIKE THIS AND CURVES.

Q        RIGHT.

A        I COME UP BRUXELLES; HE OVER HERE WHERE THE INTER-
        STATE GOES ONTO ... I JUMPED DOWN
        THE HILL, CROSSED GENTILLY AVENUE,
        BOTH STREETS, AND THEN RUN ON THE OTHER
        SIDE BEHIND THE SHELL GAS STATION
        THROUGH THE BACK NEIGHBORHOOD.

Q        WHERE DID YOU GO?

A        I RUN ALL THE WAY THROUGH THE BACK NEIGHBORHOOD
        BACK 'TIL THE DEAD END WENT INTO ...
        I CAME TO A DEAD END.  THEN I HAD TO
        COME OUT ON PARIS AVENUE.  I WENT
        ACROSS, NOT ACROSS HARRISON.  HARRISON,
        THAT'S WHERE IT END, HARRISON.  THEN
        I WENT TO A TIME SAVER TO A TELEPHONE.

                                                        30

Q    AND WHAT DID YOU DO?

A    I MADE A PHONE CALL.

Q    WHO DID YOU CALL?

A    I MADE SEVERAL PHONE CALLS, BUT THE FIRST CALL
     I GOT THROUGH WAS TO MY SISTER.

Q    WHO ELSE?

A    NO OTHER CALL CAME THROUGH.

Q    WHERE DID YOU GO, HOME?

A    YES, I WAS BROUGHT HOME.

Q    WHO BROUGHT YOU HOME?

A    THE YOUNG MAN WHO'S FATHER OWNS THE TIME SAVER.

Q    WELL, WHEN DID YOU GET UP TO THE HOSPITAL?  DIDN'T
     YOU GO TO THE HOSPITAL?

A    YES.

Q    WHEN DID YOU GO THERE?

A    I WENT TO THE HOSPITAL AS SOON AS I MADE IT HOME.
     AT THE TIME DURING THE RUNNING I
     DIDN'T FIGURE ANYTHING WAS WRONG.  WHEN
     I STOPPED AT THE TELEPHONE I NOTICED
     MY LEG WAS THAT BIG AND BLOCD WAS
     GUSHING OUT OF IT.  SO, I PLEADED WITH
     THE GUYS THAT WAS CLOSING THE TIME
     SAVER TO TAKE ME HOME AND THEN I GOT
     HOME.

Q    AND THEN YOU WENT TO THE HOSPITAL?

A    YES, AFTER I CALLED MY BROTHER TO BRING ME TO THE
     HOSPITAL.

Q    WHEN'S THE FIRST TIME YOU SAW MATTHEW OR NORMAN
     PEARCE, THE DETECTIVE?

A    I SAW THE DETECTIVE IN CHARITY HOSPITAL THAT SAME
     MORNING, I WOULD SAY.

31

Q WHAT STATEMENT DID YOU MAKE TO THEM AT THAT TIME?

A THE STATEMENT THAT THE DECEASED IS A FRIEND OF MINE AND I KNOW THE MURDERERS. AND I'M A WITNESS TO A MURDER.

Q WHAT ELSE DID YOU TELL THEM? YOU DIDN'T TELL HIM, "GIVE IT UP," AND THAT HAROLD WAS ASKING FOR HIS LIFE, DID YOU?

A I CAN'T RECALL IF I TOLD HIM THAT.

Q DO YOU DENY TELLING... DO YOU DENY THAT YOU DID NOT TELL HIM THAT?

A NO, I'M NOT DENYING THAT I DID NOT TELL HIM THAT.

Q DID THERE COME A TIME LATER THAT HE ASKED YOU TO MAKE A WRITTEN STATEMENT?

A I DON'T RECALL. I DON'T RECALL MAKING NO WRITTEN STATEMENT.

Q IT WASN'T UNTIL JULY 15TH THAT YOU APPEARED TO IDENTIFY A PHOTOGRAPH.

A I COULND'T SAY, MR. MERRITT. I'M NOT FAMILIAR WITH THOSE DATES.

Q IN ADDITION TO BEARING YOUR INITIALS,(THIS IS JULY 31ST RATHER) IT ALSO BEARS A DATE, DOESN'T IT? IS THAT YOUR HANDWRITING?

A YES, THAT'S MY HANDWRITING.

Q AND THAT'S JULY 31ST, 5:45 P.M.?

A OKAY.

Q IS THAT CORRECT?

A YES.

Q NOW, WILL YOU TELL THE MEMBERS OF THE JURY FROM THE TIME YOU SAY YOU SAW LEONARD NELSON MAKE THE TURN HERE TO COME BACK IN THIS DIRECTION UNTIL THE TIME THAT YOU RAN HERE

32

... No. From the time that you heard the second and third shot, how much time passed?

A   Would you repeat the question?

Q   Tell the members of the jury how much time it took from the first show when you ran to here until the last shot and Leonard walked away?

A   You're saying estimate the time of the whole incident?

Q   Yes.

A   Approximately, maybe between, maybe 45 seconds to a minute until maybe a minute and 15 seconds.

Q   Did you notice how many people were sitting in this car?

A   No, I wasn't paying attention.

Q   You also weren't paying attention on how the car was parked, were you?

A   The car was parked as I drew it.

Q   Not in front of it, the back half this way?

A   Excuse me?

Q   Not the back half of this car this way?

A   Mr. Merritt, it's just ... the cars as I recall the cars were parked just as I illustrated.

Q   Now, whose car was this you were sitting on right here?

A   It was a car that Curtis drove up in.

Q   Curtis drove that car?

A   Yes, that he drove up in.

Q   Who drove away in it?

33

A  I DIDN'T WAIT AROUND TO SEE.

Q  WELL, WHEN DID JOHNNY WHITE LEAVE YOU? WHEN DID JOHNNY WHITE LEAVE YOU FROM THERE?

A  JOHNNY WHITE LEFT SECONDS BEFORE THE INCIDENT.

Q  THAT WOULD BE AFTER YOU SAY THEY MADE THE TURN HERE, OR BEFORE HE EVEN GOT HERE?

A  NO, SIR, MR. MERRITT, JOHNNY WHITE WERE IN THE NIGHT CLUB BEFORE HAROLD SAID, "LOOK AT THE ROBBERS."

Q  THAT'S WHEN THEY WERE DOWN HERE?

A  WELL, WHERE THEY WERE EXACTLY AT, I KNOW FOR SURE JOHNNY WHITE WAS IN THE NIGHT CLUB BEFORE HAROLD SAID, "LOOK AT THE ROBBERS."

Q  I WANT TO MAKE SURE I UNDERSTAND YOU. ONE SHOT WAS FIRED. WHO SHOT THAT BULLET?

A  IN WHAT DIRECTION?

A  THAT BULLET CAME FROM LEONARD NELSON'S GUN.

Q  LEONARD. BEFORE YOU RAN TO THE BACK?

A  EXACTLY.

Q  AND THEN THE NEXT SHOT IS FIRED HOW SOON AFTER THAT?

A  SECONDS.

Q  SECONDS? ONE, TWO?

A  THREE, FOUR.

Q  WHILE YOU WERE RUNNING TO THE BACK OF THE CAR?

A  EXACTLY.

Q  YOU CAN'T TELL WHO FIRED THAT ONE, CAN YOU?

A  NO, I CAN'T. MY BACK WAS TOWARD.

Q  BUT YOU DIDN'T FIRE ANY GUN. RIGHT?

A  I DIDN'T HAVE A GUN.

Q  OKAY. ALL RIGHT, AFTHER THOSE TWO SECONDS, HOW MUCH

34

TIME PASSED? THAT'S THE SECOND SHOT?

A   YOU COME BACK TO HERE. HOW MUCH TIME
PASSED BEFORE THE NEXT ONE? HOW MANY
SHOTS DID YOU SAY AFTER THAT?

A   BY THE TIME I RETURNED BACK TO WHERE I WAS POSITIONED,
THEN THAT WAS AFTER THE SECOND SHOT.

Q   OKAY.

A   THEN AFTER THAT TIME, AFTER THAT POINT, I COUNTED
UP TO THREE MORE SHOTS BEING FIRED.

Q   SO, YOU HEARD FIVE SHOTS THEN?

A   EXACTLY.

Q   AND THE LAST THREE WERE IN A SERIES?

A   EXCUSE ME?

Q   ONE SHOT, THEN TWO SECONDS LATER ANOTHER SHOT, AND
THEN YOU HAVE TO REPOSITION YOURSELF
AROUND HERE, AND THEN YOU HEAR THREE
SHOTS.

A   WHEN I REPOSITIONED MYSELF, NOT ONLY I HEARD THREE
SHOTS, I SAW TWO OF THE SHOTS. I HEARD
THE THIRD ONE. WHERE IT CAME FROM,
THE TWO OF THEM, THEIR BACKS WAS
TOWARD ME.

Q   WHEN THE POLICE CAME THERE WAS A GUN OUT IN THE
STREET, WASN'T THERE? DID YOU SEE THAT
GUN OR DO YOU KNOW ANYTHING ABOUT THAT
GUN?

A   MR. MERRITT, I KNOW NOTHING OF ANY GUN EXCEPT WHAT
THE SUSPECTS HAD.

Q   I'M ASKING YOU, DID YOU SEE A GUN IN THE STREET HERE
WHEN YOU LEFT?

A   I DIDN'T SEE A GUN.

35

Q   DID YOU SEE ANYBODY PUT A GUN IN THE STREET HERE?

A   NO, SIR.

Q   YOU WOULD DENY TO THIS JURY, WOULD YOU NOT, THAT AS LEONARD AND MATTHEW MOORE WERE WALKING DOWN BRUXELLES STREET, CURTIS MILLER CAME IN TO TELL YOU THEY WERE COMING?

A   I WOULD ... YES, DEFINITELY.

Q   YOU DENY THAT?

A   YES.

Q   YOU WOULD DENY, WOULD YOU NOT, THAT AT THE TIME LEONARD NELSON GOT HERE HE WAS TALKING TO A GIRL NAMED "PEREZ"?

A   DEFINITELY, I WOULD DENY IT.

Q   YOU WOULD DENY THAT WHEN YOU TURNED AROUND YOU PULLED A GUN FROM YOUR WAISTBAND?

A   DEFINITELY I WOULD DENY IT.

Q   IS IT TRUE THAT HAROLD "BOSS" WILSON SELLS COCAINE FOR YOU?


BY MS. MC DONALD:
       OBJECTION, YOUR HONOR.  HE KNOWS THAT IS/ IMPROPER.  AND I WILL APPROACH THE BENCH.

BY THE COURT:
       HE'S ON CROSS EXAMINATION.


EXAMINATION RESUMED BY MR. MERRITT:

Q   ISN'T IT A FACT THAT HAROLD "BOSS " WILSON SELLS COCAINE FOR YOU?

A   NO, IT'S NOT TRUE AT ALL.

Q   IS IT A FACT THAT CURTIS MILLER SELLS COCAINE FOR YOU?

A   NO.

36

BY MS. MC DONALD:

OBJECTION, YOUR HONOR.

BY THE COURT:

OVERRULED.

EXAMINATION RESUMED BY MR. MERRITT:

Q DO YOU KNOW A MAN NAMED GREGORY DAVIS, CALLED DEANO (SPELLED PHONETICALLY)? WHO'S THAT?

BY THE COURT:

ALL RIGHT. APPROACH THE BENCH.

REPORTER'S NOTE:

ALL COUNSELS APPROACHED THE BENCH FOR A BREIF CONFERENCE.

EXAMINATION RESUMED BY MR. MERRITT:

Q DO YOU KNOW GREGORY DAVIS, "DEANO"?

A YES, I KNOW GREGORY DAVIS.

Q LIVES RIGHT ACROSS THE STREET FROM YOUR MOTHER'S HOUSE, DOESN'T HE?

A NO, NO, SIR.

Q WHERE'S HE LIVE?

A I HAVE NO IDEA.

Q HOW CLOSE IS THAT TO DUPLESSIS AND ... ON DUPLESSIS STREET?

A HOW CLOSE IS WHAT, MR. MERRITT?

Q WHERE GREGORY LIVES. WHERE'S YOUR MOTHER ... TELL US YOUR MOTHER'S ADDRESS?

A 1470 MILTON STREET.

Q AND SHE'S MOVING FROM THERE NOW? OR MOVED YESTERDAY?

37

WHICH?

A    YES, SHE MOVED.

Q    AND HOW CLOSE IS THAT TO DUPLESSIS?

A    WHERE SHE MOVED FROM OR WHERE SHE MOVED TO?

BY MS. MC DONALD:

    YOUR HONOR, I'M GOING TO OBJECT TO THE RELEVANCE OF THIS.

BY THE COURT:

    YES, SUSTAINED.

BY MR. MERRITT:

    WHAT?

BY THE COURT:

    ABOUT WHERE SHE LIVES AND EVERYTHING. COME ON; LET'S GET ON WITH IT.

BY MR. MERRITT:

    CAN WE APPROACH THE BENCH TO THE SIDE BAR AGAIN?

BY THE COURT:

    YES.

REPORTER'S NOTE:

    ALL COUNSELS APPROACHED THE BENCH FOR A BRIEF CONFERENCE.

BY THE COURT:

    I SUSTAIN THE OBJECTION. LET'S GO, MEN.

EXAMINATION RESUMED BY MR. MERRITT:

Q    DOES YOUR SISTER LIVE AT FOY?

A    I HAVE A SISTER THAT RESIDES ON DUPLESSIS STREET.

Q    RIGHT ACROSS THE STREET FROM WHERE GREGORY DAVIS

38

LIVES, DOES HE NOT? OR DO YOU KNOW?

A    ONCE MORE, MR. MERRIT, I HAVE NO IDEA WHERE MR. DAVIS RESIDES.

Q    THEN YOU WOULD DENY, WOULD YOU, THAT YOU WENT TO GREGORY DAVIS AND ASKED ... YOU TOLD GREGORY DAVIS YOU HAD GIVEN A THOUSAND DOLLARS AND A POUND OF COCAINE IN ORDER TO KILL LEONARD NELSON?

A    DEFINITELY. I WOULD DENY IT. I AM DENYING IT.

Q    BECAUSE YOU CAN'T GET YOUR HANDS ON A POUND OF COCAINE, OR WHAT?

BY MR. MC DONALD:

OBJECTION, YOUR HONOR.

BY THE COURT:

SUSTAINED.

EXAMINAITON RESUMED BY MR. MERRITT:

Q    DID CURTIS MILLER TELL YOU ON APRIL 29TH AT ABOUT 3:45 THAT LEONARD NELSON STOLE A BAG OF COCAINE THAT HE WAS SELLING FOR YOU?

A    NO, SIR.

BY MS. MC DONALD:

YOUR HONOR.

EXAMINAITON RESUMED BY MR. MERRITT:

Q    SO THAT WE CAN UNDERSTAND WHAT YOU ARE DENYING, YOU WOULD DENY THAT HAROLD SOLD COCAINE FOR YOU?

A    ONCE MORE, YES, SIR, I'M DENYING IT.

Q    AND YOUR TESTIMONY HAS BEEN OFFERED TODAY FOR WHAT

39

PURPOSE?

BY MS. MC DONALD:

OBJECTION, YOUR HONOR.

BY THE COURT:

SUSTAINED.

EXAMINATION RESUMED BY MR. MERRITT:

Q     WELL, IS IT NOT A FACT THAT YOUR TESTIMONY IS BEING OFFERED FOR SOME RELIEF FOR THE DIS- TRIBUTION OF COCAINE CHARGES AGAINST YOU?

BY MS. MC DONALD:

OBJECTION, YOUR HONOR.

BY THE COURT:

OVERRULED. WERE ANY DEALS OFFERED TO YOU?

BY THE WITNESS:

EXCUSE ME?

BY THE COURT:

WERE ANY DEALS OFFERED TO YOU?

BY THE WITNESS:

NO, NO DEAL WAS MADE WITH ME WHATSOEVER.

EXAMINATIO RESUMED BY MR. MERRITT:

Q     YOU'RE EXPECTING ... HOW MANY CASES DO YOU HAVE OPEN FOR POSSESSION WITH INTENT TO DISTRIBUTE?

BY MS. MC DONALD:

OBJECTION, YOUR HONOR.

BY THE COURT:

OVERRULED.

40

EXAMINATION RESUMED BY MR. MERRITT:

Q        HOW MANY CASES DO YOU HAVE OPEN FOR POSSESSION OF COCAINE WITH INTENT TO DISTRIBUTE?

A        TWO.

Q        ONE OF THEM TAKEN OUT OF THE TRUCK.  HOW MUCH COCAINE WAS TAKEN OUT OF THAT?

BY MS. MC DONALD:

        OBJECTION.

BY THE COURT:

        SUSTAINED.

BY THE WITNESS:

        I HAVE NO IDEA.

BY THE COURT:

        SUSTAINED.

EXAMINATION GESUMED BY MR. MERRITT:

Q        ANY DEAL MADE FOR YOU TO TESTIFY IN THIS CASE WITH REFERENCE TO THAT COCAINE?

A        ONCE MORE, NO SIR, MR. MERRITT, NO DEALS WAS MADE.

Q        THEN HOW MUCH COCAINE WAS IN THE SECOND COUNT?  WHERE WAS THAT TAKEN FROM?

BY MS. MC DONALD:

        OBJECTION?

BY THE COURT:

        SUSTAINED.  COUNSELOR, I DON'T WANT TO GET ON THAT PARTICULAR CASE?  DON'T COVER IT AGAIN.  AS FAR AS EXPLORING DEALS, YOU CAN DO THAT.

BY MR. MERRITT:

        NOTE AN EXCEPTION TO YOUR RULING, YOUR HONOR.

41

EXAMINATION RESUMED BY MR. MERRITT:

Q    ISN'T IT A FACT THAT YOU DEAL COCAINE OCCASIONALLY FROM THAT CORNER, FOY AND MILTON?

BY MR. MC DONALD:

OBJECTION, YOUR HONOR.

BY THE WITNESS:

I DEALS COCAINE FROM NO CORNER AT ALL.

EXAMINATION RESUMED BY MR. MERRITT:

Q    ISN'T IT A FACT THAT FROM THAT CORNER FROM THE SECOND FLOOR YOU, HAROLD "BOSS" AND CURTIS FIRED NO LESS THAN 16 SHOTS AT LEONARD NELSON ON TWO NIGHTS BEFORE HAROLD "BOSS" WILSON MET HIS DEATH?

A    WOULD YOU REPEAT THE QUESTION, MR. MERRITT?

Q    TWO OR THREE NIGHTS BEFORE HAROLD MET HIS DEATH, WOULD YOU DENY THAT YOU AND HAROLD AND CURTIS WERE FIRING FROM THE TOP OF THE APARTMENT HOUSE WHERE YOUR SISTER LIVES, SHOOT, TRY AND AMBUSH AND KILL HIM?

A    YES, SIR, I AM DENYING THAT.

Q    THE DAY BEFORE THAT WEDNESDAY, DO YOU DENY THAT APPROXIMATELY 3:30, 3:45, 4:00, IN THAT TIME YOU RAN HIM DOWN, ALL THREE OF YOU RAN HIM DOWN FROM AROUND THE CORNER INTO GREG'S HOUSE THE DAY BEFORE WITH GUNS, ARMED?

A    I DON'T QUITE UNDERSTAND WHAT YOU'RE SAYING. I'M DENYING RUNNING ANYBODY DOWN WITH GUNS, PERIOD.

42

Q          DO YOU DENY THAT YOU EITHER SOLD OR POSSESSED DRUGS AT 1470 MILTON STREET?

BY MS. MC DONALD:

OBJECTION, YOUR HONOR.  WHEN ARE WE TALKING ABOUT? IS THIS WAY IN THE PAST?

BY THE COURT:

SUSTAINED.  OBJECTION SUSTAINED.

EXAMINATIN RESUMED BY MR. MERRITT:

Q          WHEN WERE YOU RELEASED FROM ANGOLA ON YOUR 1982 SENTENCE?

BY MS. MC DONALD:

YOUR HONOR, I OBJECT TO THE RELEVANCY.

BY THE COURT:

HE'S ON CROSS EXAMINATION.  YOU ASKED HIM.  HE HAS THE RIGHT TO GO INTO CROSS EXAMINATION, COUNSEL.  OVERRULED.

EXAMINATION RESUMED BY MR. MERRITT:

A          I NEVER BEEN TO ANGOLA.

Q          WHERE DID YOU GO?

A          I WAS SENTENCED TO L.C.I.S.

Q          HOW LONG HAVE BEEN OUT FROM L.C.I.S. FROM THE '82 SENTENCE.

A          FIVE, FIVE AND A HALF YEARS.

Q          NOT TEN.  IS THAT CORRECT?

BY THE COURT:

WHAT ... HE ANSWERED.

BY THE WITNESS:

BETWEEN FIVE AND FIVE AND A HALF.

43

BY THE COURT:

 COME ON. LET'S GO, COUNSELOR.

EXAMINATION RESUMED BY MR. MERRITT:

Q YOU KNOW THAT YOU CAN'T POSSESS A GUN. IS THAT CORRECT?

BY MS. MC DONALD:

 OBJECTION, YOUR HONOR.

BY THE COURT:

 I'LL OVERRULE IT AT THIS TIME. ARE YOU AWARE YOU CAN'T POSSESS A GUN CONCEALED ON YOUR PERSON?

BY THE WITNESS:

 YES, I'M AWARE.

BY THE COURT:

 ALL RIGHT. NEXT QUESTION.

EXAMINATION RESUMED BY MR. MERRITT:

Q DO YOU DENY THAT YOU WERE A CONSTANT OWNER OF A .9 MILIMETER GUN?

BY MR. MC DONALD:

 OBJECTION.

BY MR. MERRITT:

 AND OWN IT?

BY THE COURT:

 OVERRULED.

EXAMINATION RESUMED BY MR. MERRITT:

A YES, SIR, I'M DENYING BEING IN POSSESSION OF A .9 MILIMETER OR ANY OTHER GUN.

Q MR. MILLER IS YOUR COUSIN, IS HE NOT?

44

A        HE'S NOT.

Q        HOW MANY VEHICLES WERE SEIZED FROM YOU FOR TRANS-
PORTING NARCOTICS?

BY MS. MC DONALD:

OBJECTION, YOUR HONOR.

BY THE COURT:

SUSTAINED.

EXAMINATION  RESUMED BY MR. MERRITT:

Q        IS THE SAME CAR THAT WAS SEIZED, THE CAR WHICH YOU
WERE TRANSPORTING A .9 MILIMETER GUN?

BY MS. MC DONALD:

OBJECTION, YOUR HONOR.

BY THE COURT:

REPEAT YOUR QUESTION, COUNSELOR.

BY MR. MERRITT:

DID YOU EVER OWN A BURGUNDY TRUCK?

BY THE WITNESS:

NO, SIR.

EXAMINATION RESUMED BY MR. MERRITT:

A        NO, SIR.

Q        DID YOU EVER RENT A BURGUNDY TRUCK?

A        NO, SIR.

BY MR. MC DONALD:

YOUR HONOR, I'M GOING TO OBJECT TO THE RELEVANCY.

BY THE COURT:

ASKED AND ANSWERED.

EXAMINATION RESUMED BY MR. MERRITT:

Q        WHAT KIND OF AUTOMOBILES DO YOU DRIVE?  HOW MANY DO

45

YOU OWN?

BY MS. MC DONALD:

OBJECTION, YOUR HONOR.

BY THE COURT:

SUSTAINED.

BY MR. RUSKIN:

NOTE AN EXCEPTION.

BY THE COURT:

IT GOES WITHOUT SAYING, MR. RUSKIN.

EXAMINATION RESUMED BY MR. MERRITT:

Q    HOW MANY TIMES HAVE YOU DISCUSSED YOUR TESTIMONY
WITH THE DISTRICT ATTORNEY?

A    WELL, WE BRIEFLY DISCUSSED IT, MAYBE JUST BEFORE
COURT APPEARANCE.

Q    HOW MANY TIMES?

A    I DON'T KNOW, MR. MERRITT.

Q    MORE THAN FIVE?

A    I CAN'T SAY.  IT DEPENDS ON HOW MANY COURT APPEARANCES
I MADE.

Q    WHEN CURTIS WAS IN JAIL, DID YOU TELL HIM YOU WOULD
GET A LAWYER FOR HIM?

BY MR. MC DONALD:

OBJECTION.

BY THE COURT:

WHEN WHO WAS IN JAIL?

BY MR. MERRITT:

WHEN CURTIS MILLER, DID HE TELL HIM HE WOULD GET A
LAWYER FOR HIM?

BY THE COURT:

SUSTAINED.  OBJECTION SUSTAINED.

46

BY MR. MERRITT:

NOTE AN EXCEPTION.

EXAMINATION RESUMED BY MR. MERRITT:

Q    DO YOU KNOW WHO CURTIS'S LAWYER IS?

BY MS. MC DONALD:

OBJECTION. IRRELEVANT.

BY THE COURT:

THE QUESTION IS WHAT? DO YOU KNOW CURTIS'S ...

BY MR. MERRITT:

DOES HE KNOW CURTIS'S LAWYER?

BY THE COURT:

SUSTAINED.

EXAMINATION RESUMED BY MR. MERRITT:

Q    WHO IS YOUR LAWYER?

A    EXCUSE ME?

BY MS. MC DONALD:

YOUR HONOR, I'M GOING TO OBJECT TO THE RELEVANCY
OF IT.

BY THE COURT:

I THINK SO, COUNSELOR. I MEAN, I'M TRYING TO BE
AS COMPLETELY ...

BY MR. MERRIT:

WHAT'S THE RULING, YOUR HONOR.

BY THE COURT:

ALL RIGHT. SUSTAINED.

BY MR. MERRITT:

NO FURTEHR QUESTIONS.

47

<u>RE- DIRECT EXAMINATION</u>

EXAMINATION  BY MS. MC DONALD:

Q    DERRICK, MR. MERRITT HAS BROUGHT UP THAT YOU HAVE OPEN CHARGES.  IS THAT CORRECT?

A    YES, MA'AM.

Q    AND THOSE CHARGES ARE PENDING RIGHT NOW AGAINST YOU?

A    YES, MA'AM.

Q    HAVE I OR ANYONE AT THE D.A.'S OFFICE OFFERED YOU ANYTHING IN RETURN FOR YOUR TESTIMONY?

A    NO, MA'AM, NOT A SINGLE THING.

Q    AND WHY ARE YOU COMING FORWARD, DERRICK?

A    BECAUSE HAROLD WAS LIKE A BROTHER TO ME, AND THEY KILLED THAT LADY ONLY CHILD;  AND THAT'S LIKE A BROTHER TO ME, AND THEY KILLED ... HE'S THE ONLY CHILD.  AND THEY TOOK THAT LADY ONLY CHILD, AND THEY TOOK A GOOD FRIEND OF MINE.

Q    DERRICK, YOU AND I HAVE SPOKEN ABOUT THIS CASE.  IS THAT CORRECT?

A    THAT'S CORRECT.

Q    HAVE I EVER TOLD YOU WHAT TO SAY?

A    NEVER.  YOU NEVER.  YOU DON'T HAVE TO TELL ME WHAT TO SAY THE TRUTH.  WHEN YOU WAS IN THERE, HOW COULD YOU TELL ME WHAT TO SAY.  I COULD SAY WHAT I SEEN.

Q    IS THAT WHAT YOU'RE TELLING THE LADIES AND GENTLE-MEN TODAY?

A    YES, THAT IS.  THAT'S THE TRUTH.

BY MR. MC DONALD:

NOTHING FURTHER, YOUR HONOR.

48

BY THE COURT:

ANYTHING ELSE?

BY MR. MERRITT:

YES.

RE-CROSS EXAMINATION

EXAMINATION BY MR. MERRITT:

Q    DERRICK, DO YOU KNOW HOW MUCH TIME YOU'RE FACING ON THOSE TWO CASES?

BY MS. MC DONALD:

OBJECTION.

BY THE COURT:

SUSTAINED.

BY MR. MERRITT:

NOTE AN EXCEPTION.  NO OTHER QUESTIONS.

BY THE COURT:

ALL RIGHT.  STEP DOWN.  STEP OUTSIDE.  DO NOT DISCUSS YOUR CASE WITH ANYONE OUTSIDE OF THIS COURTROOM, AND WAIT FOR YOUR NAME TO BE RECALLED.  ALL RIGHT, CALL YOUR NEXT WITNESS.

BY MS. MC DONALD:

CURTIS MILLER.

BY THE COURT:

WHO?

BY MS. O'BANNON:

CURTIS MILLER.

BY THE COURT:

CURTIS MILLER.

49

CURTIS MILLER

CALLED BY THE STATE AND AFTER FIRST HAVING BEEN DULY SWORN, TESTIFIED AS FOLLOWS:

DIRECT EXAMINATION

EXAMINATION BY MS. O'BANNON:

Q    CURTIS, DID YOU KNOW A MAN BY THE NAME OF HAROLD "BOSS" WILSON?

A    YES, MA'AM, HE'S A FRIEND OF MINE.

Q    AND HOW LONG WOULD YOU SAY YOU KNEW HIM?

A    LESS THAN TWO MONTHS.

Q    DO YOU REMEMBER MAY 6, 1990?

A    YES.

Q    HOW DO YOU REMEMBER THAT DATE, CURTIS?

A    WE WAS AT A NIGHT CLUB, ME, HAROLD, DERRICK. THEY WAS THERE. I HAD CAME LATER. I COULDN'T GET IN THE CLUB.

Q    LET'S SLOW DOWN A LITTLE BIT. LET'S TAKE THIS ONE STEP AT A TIME. I NEED YOU TO SPEAK UP LOUD. OKAY? LOUDLY AND CLEARLY, SO EVERYBODY HERE CAN HEAR WHAT YOU'RE SAYING. AROUND 1:30 IN THE MORNING ON MAY 6TH, WHERE WERE YOU?

A    STANDING OUTSIDE THE END ZONE.

Q    AND WHERE IS THE END ZONE LOCATED?

A    BRUXELLES AND TRESURE.

Q    I'M GOING TO ASK YOU TO DRAW A DIAGRAM ON THAT BOARD AT THE SCENE, CURTIS. CAN YOU DO THAT?

A    YES.

Q    WILL YOU STEP DOWN, PLEASE?

50

REPORTER'S NOTE:

        THE WITNESS COMPLIED WITH THE REQUEST OF THE

                DISTRICT ATTORNEY, MS. O'BANNON.

EXAMINATION RESUMED BY MS. O'BANNON:

Q     CURTIS, AT 1:30 IN THE MORNING WHEN YOU WENT TO THE LOUNGE, HOW DID YOU GET YOURSELF TO THE LOUNGE?

A     THAT NIGHT .. WELL, NORMALLY ON FRIDAY AND SATURDAY, ME, DERRICK AND HROLD WOULD GO OUT SOMETIME. THEY WAS. AT THE CLUB, AND I AIN'T HAD NOTHING TO DO, SO I HAD WENT DOWN THERE, BECAUSE I HAD WANTED TO GO IN. THEY HAD TOLD ME ABOUT IT.

Q     NOW, WERE YOU ABLE TO GET INTO THE BAR?

A     NO.

Q     HOW OLD WERE YOU AT THAT TIME?

A     EIGHTEEN.

Q     HOW OLD ARE YOU NOW?

A     I'M NINETEEN NOW.

Q     WHEN IS YOUR BIRTHDAY?

A     AUGUST 27TH.

Q     SO, WHEN YOU GOT TO THE BAR HOW DID YOU GET CURTIS ... I'M SORRY. HOW DID YOU GET DERRICK AND HAROLD'S ATTENTION? WERE THEY OUTSIDE THE BAR?

A     NO, THEY WAS INSIDE. I COULDN'T GET IN. SO, I HAD SENT SOMEBODY INSIDE TO CALL THEM.

Q     AND WHAT AHPPENED.

A     WE WAS OUTSIDE TALKING LEANING ON MY AUNT'S CAR.

Q     AND WOULD YOU, PLEASE...I'M GOING TO STAND UP HERE

51

AND POINT TO WHRE YOUR AUNT'S CAR WAS.
RIGHT HERE?

A    YES.

Q    AND WHERE WERE YOU STANDING?

A    IN THE MIDDLE ... NO.  YES, IN THE MIDDLE.

Q    AND WHERE WAS HAROLD STANDING?

A    ON THE FAR LEFT FROM ME.  YES.

Q    AND WHERE WAS DERRICK STANDING?

A    ON THIS END.

Q    SO, DERRICK, YOU..

A    AND HAROLD, AH-HA.

Q    AND AT ANY POINT DID YOU SEE ANYBODY ELSE IN THAT
IMMEDIATE AREA?

A    RIGHT THEN, NO.

Q    WERE THERE ANY OTHER CARS AROUND?

A    YES,TWO VEHICLES, THE ONE IN THE STREET; THE UPPER
ONE WAS TRACY CAR.

Q    THESE TWO VEHICLES HERE?

A    YES, AH-HA.

Q    WAS ANYBODY IN EITHER ONE OF THESE VEHICLES?

A    THEY HAD THREE PEOPLE IN TRACY'S CAR.

Q    AND WHICH ONE IS TRACY'S CAR?  THIS ONE?

A    THE TOP.

Q    THIS IS TRACY'S?

A    AH-HA.

Q    NOW, AT SOME POINT WHILE YOU WERE STANDING
AND LEANING AGAINST YOUR AUNT'S CAR,
DID YOU SEE SOME PEOPLE HEADING
TOWARDS YOU ON BRUXELLES?

A    WELL, WE WAS STANDING UP TALKING AND HAROLD HAD
SAID, "LOOK AT THE ROBBERS."  SO, I

52

LOOKED UP. I SAID, "WHERE?" HE POINTED ACROSS THE STREET TOWARD THE CLUB. AND THAT'S WHEN DERRICK JUST TOLD US, "BE COOL," AND THINGS LIKE THAT, YOU KNOW.

Q    GO AHEAD. WHO WERE THE PEOPLE WHO WERE COMING UP THE STREET THAT HAROLD REFERRED TO?

A    I SEEN "SKINNY MAN" AND "MAT MO".

Q    IS THAT THEIR REAL NAMES?

A    LEONARD NELSON AND MATTHEW MOORE.

Q    AND WHICH ... THEY WERE COMING IN THIS DIRECTION ON BRUXELLES?

BY MR. MERRITT:

NO, THAT'S LEADING. THAT'S POINTING.

EXAMINATION RELSUMED BY MS. O'BANNON:

Q    WHICH DIRECTION WERE THEY COMING FROM? THIS DIRECTION? OR THIS DIRECTION?

A    UPTOWN.

Q    AND TELL ME WHERE THEY WALKED TO?

A    THEY WALKED ON THE SIDEWALK BY THE CLUB.

Q    AND WHEN THEY REACHED THE CLUB WHERE DID THEY GO?

A    THEY LIKE STOPPED BY THE CLUB, LIKE THEY PEEPED IN, BUT THEY CONTINUED TO COME AROUND THE CORNER. SO, AT THE SAME TIME AS THEY TURNED THE CORNER, THEY CAME AROUND , AND AS THEY TURNED THE CORNER, THEY CAME DOWN ABOUT A GOOD FIVE, TEN FEET, TURNED BACK, RAN IN THE STREET TOWARD US.

Q    DID YOU NOTICE ANYTHING IN THEIR HAND?

A    I NOTICED LEONARD NELSON HAD PULLED OUT A GUN.

53

Q    AND WHAT, IF ANYTHING, WAS SAID?

A    ALL I HEARD; OKAY, HAROLD AND DERRICK TOLD ME TO RUN, SO ME AND HAROLD RAN IN THE SAME DIRECTION UP TREASURE. AND I HEARD GUNSHOTS. SOMEBODY WAS SAYING, "GIVE IT UP." THAT'S ALL I HEARD.

Q    AND WHERE IN PARTICULAR DID YOU RUN TO?

A    WELL, ME AND HAROLD RAN UP TREASURE IN THE DIRECTION OF THE TWO CARS. AND HAROLD SLIPPED AS HE TURNED AROUND. I THINK HE WAS FUMBLING WITH HIS JEWELRY. AS I PASS HIM UP HE SLIPPED, AND I TURNED BACK TO HELP HIM UP. BY THAT TIME LEONARD NELSON HAD RAN UP, RAN UP ON HIM.

Q    DID LEONARD NELSON SAY ANYTHING?

A    NO, HE JUST ... AT THAT TIME, HE JUST SAID, "I GOT YOU, NIGGER," AND HE FIRED ONE SHOT.

Q    AND WHERE DID THAT SHOT GO?

A    I ASSUME HAROLD WAS HIT.

Q    AND DID HAROLD SAY ANYTHING AT THAT POINT?

A    HE KEPT HOLLERING, "OH, I'M DEAD." THAT'S ALL HE WAS SAYING. "DON'T KILL ME. OH, I'M DEAD. DON'T KILL ME."

Q    AND AT ANY POINT WAS ANOTHER SHOT FIRED AFTER THAT?

A    YES, A SEPARATE ONE WAS FIRED RIGHT BEHIND IT. WHEN THEY FIRED THE SECOND SHOT I RAN BEHIND THE CAR PARKED CLOSER TO THE SIDEWALK. I RAN AROUND THE FRONT OF THE CAR.

Q    AT ANY POINT WAS THERE ANY OTHER SHOTS FIRED?

54

A    YES, THERE WAS A THIRD SHOT.

Q    DID YOU SEE WHO FIRED THE LAST SHOT?

A    NO.

Q    WHO FIRED THE FIRST TWO SHOTS?

A    LEONARD NELSON.

Q    WHAT DID THEY DO ... WHAT DID LEONARD NELSON AND MATTHEW MOORE DO AFTER THEY FIRED THE SHOTS, AFTER ALL THE SHOOTING WAS DONE?

A    I'M NOT SURE. I DIDN'T HEAR NO MORE SHOTS. I HEARD SOMEBODY JUMP OUT THE CAR PARKED ON THE OUTSKIRTS. SO, I CAME UP AND IT WAS TRACY. AND HE RAN TO HAROLD. HE WAS HELPING HAROLD. HE ASKED ME WHERE DERRICK WAS AT. I SAID I DIDN'T KNOW. HE SAY, "GO CHECK AND SEE." SO, I JUMPED IN THE CAR AND RODE TOWARD THE PROJECTS WHERE I SAW MATTHEW MOORE AND LEONARD NELSON RUNNING. I THOUGHT THEY WAS AFTER DERRICK, BUT I AIN'T SEEN 'EM.

Q    CURTIS, WERE YOU IN POSSESSION OF A GUN THAT NIGHT?

A    NO.

Q    TO YOUR KNOWLEDGE, WAS DERRICK IN POSSESSION OF A GUN?

A    NO, MA'AM.

Q    AND TO YOUR KNOWLEDGE, WAS HAROLD IN POSSESSION OF A GUN?

A    NO, MA'AM.

Q    LET ME ASK THIS QUESTION. IF YOU DON'T UNDERSTAND IT, PLEASE ASK ME TO REPEAT IT. WHAT FASHION WAS HAROLD RUNNING AWAY FROM

55

THE DEFENDANT?

A    CAN YOU REPHRASE IT?

Q    WAS HAROLD RUNNING FORWARD?

A    WHEN HE FIRST STARTED RUNNING HE WAS RUNNING FORWARD, BUT I GUESS HE WAS LOOKING BACK TO SEE IF THEY WAS CATCHING UP WITH HIM BY HIM BEING HEAVYSET. SO, HE KIND OF TURNED AROUND AND WAS RUNNING BACKWARDS. AT THE SAME TIME WHEN I LOOKED BACK HE FUMBLING UP HERE. SO, I'M TELLING HIM, "COME ON, MAN, RUN," AND HE SLIPPED.

Q    AT SOME POINT DID YOU HAVE THE OCCASION TO SPEAK WITH A DETECTIVE PEARCE?

A    NO, I TALKED TO DETECTIVE PEARCE TWO WEEKS AFTER THE MURDER TOOK PLACE.

Q    AND DID YOU TELL DETECTIVE PEARCE WHAT YOU HAD SEEN?

A    YES.

Q    DID DETECTIVE PEARCE EVER ASK YOU TO LOOK AT THE PHOTOGRAPHS?

A    YES, MA'AM.

Q    I'M GOING TO SHOW YOU WHAT WE'VE PREVIOUSLY MARKED STATE'S EXHIBIT 1 AND ASK YOU IF YOU RECOGNIZE THESE PHOTOGRAPHS.

A    YES.

Q    WHAT ARE THEY?

A    THESE ARE THE PICTURES HE SHOWED ME. HE LAID THEM ON THE TABLE. HE HANDED THEM TO ME, AND HE ASKED ME TO LOOK AT THEM AND SEE IF I COULD IDENTIFY LEONARD NELSON.

Q    WERE YOU ABLE TO DO THAT?

56

A    YES.

Q    WERE YOU ASKED TO DO ANYTHING TO THE BACK OF THE
     PHOTOGRAPHS?

A    TO SIGN THE ONE THAT WAS HIS AND INITIAL THE REST.

Q    DO YOU HAVE ANY CONVICTIONS?

A    YES, I HAVE A CONVICTION FOR SIMPLE BURGLARY AND A
     GUN CHARGE.

Q    WHEN WAS YOUR SIMPLE BURGLARY CHARGE, DO YOU REMEMBER?

A    '89, I BELIEVE THAT WAS.

Q    AND YOUR GUN CHARGE?

A    NINETY.

Q    DID YOU PLEAD GUILTY TO THOSE CHARGES?

A    I PLEADED GUILTY TO THE BURGLARY AND THEY GAVE ME
     CREDIT FOR TIME SERVED ON THE GUN CHARGE.
     IT WAS A MISDEMEANOR.

Q    DO YOU SEE THE PERSON IN THE COURTROOM THAT SHOT
     HAROLD?

A    YES, MA'AM.

Q    WOULD YOU PLEASE POINT HIM OUT AND DESCRIBE WHAT HE'S
     WEARING?

A    THE YOUNG MAN IN THE BLACK AND GREEN SHIRT.


REPORTER'S NOTE:
     LET THE RECORD REFLECT THAT THE WITNESS HAS IDENTI-
     FIED THE DEFENDANT BEFORE THE BAR.


EXAMINATION RESUMED BY MS. O'BANNON:

Q    WHERE WAS HAROLD WHEN HE GOT SHOT?

A    BETWEEN THE BUILDING AND THE CAR PARKED CLOSE TO
     THE CURB RIGHT THERE NEXT TO MY AUNT'S

57

Case 3:26-cv-00303-SDD-RLB    Document 1-3    03/21/26    Page 48 of 83

CAR.

Q    WAS HE STILL RUNNING WHEN HE GOT SHOT?

A    NO, HE HAD FELL, SLIPPED AND FELL.

Q    WHAT POSITION WAS HE IN ON THE GROUND?

A    WHEN HE FELL, HE FELL BACKWARDS RUNNING UP TREASURE THAT WAY. HE LANDED ON HIS BUTTOCKS AND BY THE TIME LEONARD NELSON RAN UP ON HIM I GUESS HE TRIED TO ROLL UNDER THE CAR BECAUSE HE LAID DOWN AND HE WAS KIND OF PUSHING HISSELF UNDER THE CAR. HIS HEAD WAS FACING THAT WAY; HIS FEET WAS TO THE CAR THAT I CAME IN.

Q    WHERE WAS MAT MO IN RELATION TO SKINNY MAN WHEN THE SHOOTING, THE FIRST TWO SHOTS WERE FIRED?

A    MAT MO, AS TO SKINNY MAN RAN UP AND FIRED THE FIRST SHOT. MAT MO STILL WAS RUNNING UP. BY THE TIME HE FIRED THE SECOND SHOT MAT MO HAD RAN UP ON HIM AND BOTH OF THEM WAS STANDING UP.

Q    DID YOU SEE HIM FIRE THE FINAL SHOT INTO HAROLD?

A    NO.

Q    CURTIS, ABOUT HOW MUCH TIME PASSED AFTER THE INCIDENT AFTER HAROLD WAS KILLED AND THE TIME YOU WENT TO THE POLICE?

A    TWO WEEKS, ABOUT TWO WEEKS.

Q    HOW COME YOU DIDN'T GO FORWARD RIGHT AWAY?

A    WELL, MY MOM ALREADY DIDN'T WANT ME IN THE PROJECT, SO I DIDN'T WANT HER TO KNOW NOTHING ABOUT IT. I WAS TRYING TO HIDE IT FROM

58

HER, BUT THEN I CAME FORWARD.

Q    WHY DID YOU FINALLY DECIDE TO COME FORWARD?

A    BECAUSE IT WAS A FRIEND OF MINE, AND I DIDN'T LIKE WHAT
HAD HAPPENED.

BY MS. O'BANNON:

I TENDER THE WITNESS AT THIS TIME.


## CROSS EXAMINATION

EXAMINATION BY MR. MERRITT:

Q    YOU DIDN'T LIKE IT AFTER TWO WEEKS?  WHEN DID YOU DE-
CIDE YOU DIDN'T LIKE WHAT HAPPENED TO
YOUR FRIEND?

A    I DIDN'T LIKE IT THE WHOLE WHILE IT HAPPENED.  I
JUST WAS CONFUSED.  I DIDN'T KNOW WHETHER
OR NOT TO GO ...

Q    YOU WAITED TWO WEEKS?

A    YES.

Q    ALL RIGHT.  MY UNDERSTANDING IS ... WHO WAS STANDING
RIGHT HERE?

A    DERRICK.

Q    WHO WAS HERE?

A    ME.

Q    IS THAT ...

A    HAROLD.

Q    WHERE DO WE PUT JOHNNY WHITE?

A    JOHNNY WHITE HAD PULLED UP, AND HE WAS TALKING TO
US IN HIS WHITE CAR.

Q    WHERE?

A    DIRECTLY IN FRONT OF US.

Q    IS THAT THE CAR HERE?

A    NO, WHERE WE WERE STANDING.

Q    RIGHT HERE?

A    AH-AH.  IN FRONT OF US.

Q    IS THAT COMING ...

A    COMING UP TREASURE, AH-HA.

Q    AND HE PARKS... HE PULLS RIGHT HERE?

A    YES, HE STOPPED RIGHT HERE.

Q    HE STOPPED THE CAR.

A    AH-HA.

Q    WHEN DID HE LEAVE?

A    HE STAYED IN THE CAR FROM ABOUT THREE TO FIVE MINUTES TALKING AND EXCHANGING WORDS, CRACKING JOKES. THEN HE PULLED OFF.

Q    AND WHERE WAS LEONARD AND MAT MO WHEN HE PULLED OFF?

A    WELL, I DIDN'T SEE 'EM. I DON'T KNOW. AFTER HE PULLED OFF, ALL I HEARD WAS HAROLD SAY, "LOOK AROUND; HE'S RIGHT THERE." AND WHEN I LOOKED UP THEY WAS COMING FROM UPTOWN, COMING DOWN TOWARD THE CLUB.

Q    WHERE WERE THEY? MIDWAY IN THE BLOCK?

A    I'D SAY IT WAS ABOUT ... ABOUT TWENTY FEET FROM THE CORNER.

Q    TWENTY FEET FROM THE CORNER. THAT WOULD BE PART OF THE BUILDING OF THE CLUB.

A    AH-HA.

Q    AND WHERE DID THEY GO?

A    THEY CAME TO THE CLUB. THE FRONT DOOR OF THE CLUB IS SET DIRECTLY ON THE CORNER. AND THEY MADE A TURN, LIKE THEY WAS GOING TO ...

60

Q   RIGHT HERE.  RIGHT?

A   THEY MADE A TURN LIKE THEY WAS GOING TO GO STRAIGHT
    DOWN TREASURE TOWARD PARIS, BUT THEY
    DIDN'T.  AFTER THEY MADE THE TURN
    THEY DOUBLED BACK AND CAME IN THE STREET
    AND CAME RUNNING TOWARD US.

Q   YOU KNOW JANET PEREZ?

A   NO.

Q   YOU DENY THAT ON THIS CORNER RIGHT HERE LEONARD
    AND MAMOO WERE TALKING TO SOME PEOPLE?

A   NO.

Q   YOU DON'T DENY THAT?

A   YES, I DENY IT.

Q   YOU SAW THEM WALK AND GO AROUND HERE.  IS THAT WHAT
    YOU'RE SAYING?

A   AH-HA.

Q   AND THEN WHAT HAPPENED?

A   AFTER THEY PASSED THE DOOR OF THE CLUB AND GOT MID-
    WAY, ABOUT THE HALF DISTANCE OF THE
    CLUB, THEY TURNED BACK AROUND INTO THE
    STREET AND THEN CAME AROUND TOWARD US.

Q   WHAT DID MAMOO SAY?

A   MAT MO SAID NOTHING THAT I KNOW OF.  WELL, I CAN'T
    SAY HE SAID NOTHING.  SOMEBODY SAY,
    "GIVE IT UP."  THAT'S ALL I HEARD.

Q   SOMEBODY SAID, "GIVE IT UP."  WERE THEY OUT IN THE
    MIDDLE OF THE STREET WHEN THAT WAS SAID?
    ABOUT RIGHT THERE?

A   JUST ABOUT RIGHT THERE WHERE YOU'RE WALKING.

Q   HOW MANY TIMES DID YOU HEAR SOMEBODY SAY, "GIVE
    IT UP?"

61

A    TWICE.

Q    WHEN WAS THE SECOND TIME?

A    AS THEY GOT CLOSER.

Q    THAT'S BEFORE THE SHOT WAS FIRED, SOMEBODY SAID, "GIVE IT UP," TWICE?

A    THE FIRST TIME THEY SAID IT ONE SHOT WAS FIRED, THEY WAS RUNNING TOWARD US. AT THAT TIME WE BROKE OUT RUNNING. I HEARD SOMEBODY SAY, "GIVE IT UP," AGAIN; A SECOND SHOT WAS FIRED. WE WAS ALREADY RUNNING. WE HAD STARTED RUNNING BY THAT TIME.

Q    YOU AND HAROLD RAN THIS WAY?

A    AH-HA.

Q    ALONGSIDE OF THE BUILDING?

A    AH-HA.

Q    AND DERRICK RAN THIS WAY.

A    TO THE RIGHT.

Q    THIS WAY?

A    YES. TOWARD THE FRONT OF THE CAR.

Q    IT'S SAFE TO SAY YOU DIDN'T SEE DERRICK ANY MORE.

A    NO.

Q    HE RAN FROM YOU, AND YOU DIDN'T SEE HIM ANY MORE.

A    NO.

Q    AND WHERE WAS HAROLD SHOT?

A    WHERE WAS HE SHOT? BETWEEN THE CAR PARKED CLOSE TO THE CURB AND THE BUILDING.

Q    THIS CAR WAS HERE?

A    YES.

Q    NOT RIGHT HERE?

A    NO. I WAS STANDING THERE.

Q    RIGHT HERE?

A    AH-HA.

Q    AND AS YOU REMEMBER IT, THIS CAR WAS FURTHER FORWARD THAN THE ABONDONED CAR.

A    AH-HA.

Q    IT WASN'T THIS WAY?

A    NO.

Q    NOW, YOU PLED GUILTY TO POSSESSION OF A FIREARM.

A    YES.

Q    WHEN WERE YOU RELEASED FROM ... WHEN DID YOU FINISH YOUR TIME FOR THE BURGLARY?

A    I AIN'T DID NO TIME FOR IT. HE OFFERED ME PROBATION.

Q    WELL, WHEN DID YOU FINISH YOUR TIME FOR THE BURGLARY?

A    I AIN'T DID NO TIME. HE OFFERED ME PROBATION, AND TO KEEP FROM GOING TO JAIL I JUST RUSHED AND TOOK IT.

Q    YOU DID WHAT?

A    I JUST TOOK THE PROBATION.

Q    FOR BURGLARY?

A    SIMPLE BURGLARY.

Q    AND THEN YOU WERE TOLD YOU COULND'T HAVE A FIREARM. IS THAT CORRECT?

A    YES.

Q    AND THEN YOU WERE ARRESTED FOR A FELON IN POSSESSION OF A FIREARM. IS THAT RIGHT?

A    AH-HA.

Q    AND YOU ALSO HAD A DETAINER ON YOU FOR A PROBATION VIOLATION. ISN'T THAT CORRECT?

BY MS. O'BANNON:

    OBJECTION, YOUR HONOR.

BY THE COURT:

63

OVERRULED.

EXAMINATION RESUMED BY MR. MERRITT:

Q    IS THAT CORRECT?

A    YES.

Q    NOW, WHEN THEY PUT THE DETAINER ON YOU YOU WERE IN TENT CITY, WERE YOU NOT?

A    YES, I WAS.

Q    WHEN YOU WERE IN TENT CITY ON A NUMBER OF OCCASIONS YOU WERE CALLED OUT TO TALK TO THE DISTRICT ATTORNEY OR YOUR LAWYER. IS THAT CORRECT?

A    MY LAWYER.

Q    AND HOW MANY TIMES?

A    THREE TIMES.

Q    AND THAT WAS TO TELL YOU IF YOU PLED GUILTY THEY WOULDN'T REVOKE YOUR PROBATION.

A    NO.

Q    ALL RIGHT. WELL, YOU WERE CHARGED WITH FELON IN POSSESSION OF A GUN. IS THAT CORRECT?

A    AH-HA.

Q    AND BETWEEN THE DATE YOU WERE ARRESTED AND AUGUST 28TH, 1990 YOU PLED GUILTY TO JUST A POSSESSION OF A FIREARM.

A    NO, I PLED GUILTY THE DAY I WAS GOING TO TRIAL. I WAS TAKING IT TO TRIAL, AND MY LAWYER TOLD ME THAT I COULD GET CREDIT FOR TIME SERVED, AND IT WAS A MISDEMEANOR, CHARGE. IT WAS A 95, IF I PLED GUILTY, OR IF I WOULD GO ON WITH TRIAL, AND IF THEY FOUND ME GUILTY, GET MY PRO-BATION REVOKED. SO, I JUST WENT WITH

64

PLEADING GUILTY TO IT SO THAT I COULD GET OUT OF JAIL.

Q    YOU DIDN'T HAVE THE GUN, YOU'RE SAYING?

A    NO, I DIDN'T.

Q    AND YOU WERE TOLD THAT WHEN YOU PLEAD GUILTY IN JUDGE WALDRON'S COURT, YOUR PROBATION WAS AUTOMATICALLY REVOKED. IS THAT RIGHT?

A    NO, I WASN'T TOLD THAT.

Q    AND HOW MANY TIMES HAVE YOU APPEARED FOR A REVOCATION HEARING IN JUDGE WALDRON'S COURTROOM?

A    I AIN'T BEEN TO ONE THAT I'M AWARE OF, THAT I CAN REMEMBER.

Q    HOW MANY TIMES HAVE YOU APPEARED IN JUDGE WALDRON'S COURT IN THE LAST ... BEFORE JANUARY OF 1991 AND THE CASE WAS CONTINUED? HOW MANY TIMES?

A    ONCE.

Q    AND WHAT WAS CONTINUED?

A    REVOCATION HEARING.

Q    NOW, THE REVOCATION IS SCHEDULED FOR MARCH 22ND ...

BY MS. O'BANNON:

I'M GOING TO OBJECT TO THE TIME.

BY THE COURT:

SUSTAINED. SUSTAINED, COUNSELOR.

EXAMINATION RESUMED BY MR. MERRITT:

Q    AND THE HEARING WILL BE HELD ...

BY MS. O'BANNON:

OBJECTION AGAIN, YOUR HONOR. HE'S JUST TRYING TO

65

REPHRASE THE SAME QUESTION.

BY THE COURT:

LET HIM ASK IT.

EXAMINATION RESUMED BY MR. MERRITT:

Q  WHAT HAPPENS AT THAT REVOCATION IS PREDICATED ON WHAT YOU DO OR SAY HERE TODAY. ISN'T THAT TRUE?

A  NO.

Q  NOW, WHEN YOU WERE IN TENT CITY YOU MET SEVERAL FRIENDS OF YOURS, DID YOU NOT, FRIENDS GREGORY JULIEN (SPELLED PHONETICALLY).

A  YES.

Q  CRAIG JONES?

A  WHO?

Q  CRAIG JONES.

A  NO.

Q  YOU DIDN'T MEET CRAIG JONES?

A  NO.

Q  NO PLACE IN THE INSTITUTION?

BY MS. O'BANNON:

YOUR HONOR, I'M GOING TO OBJECT AT THIS TIME TO THE RELEVANCY.

BY THE COURT:

ASKED AND ANSWERED, AND HE SAID NO. LET'S MOVE ON. TWICE HE SAID NO. LET'S MOVE ON.

EXAMINATION RESUMED BY MR. MERRITT:

Q  EACH TIME THAT YOU WERE CALLED OUT TO TALK TO YOUR LAWYER YOU WOULD HAVE A CONVERSATION WITH

66

GREGORY JULIEN, WOULDN'T YOU?

BY MS. O'BANNON:

I'M GOING TO OBJECT TO RELEVANCY.

BY THE COURT:

WITH WHO?

BY MR. MERRITT:

GREGORY JULIEN.

BY MS. O'BANNON:

JULIEN?

BY THE WITNESS:

I DON'T KNOW.

BY THE COURT:

DID YOU OBJECT?

BY MS. O'BANNON:

I DID OBJECT.

BY THE COURT:

ALL RIGHT.  SUSTAINED TO THE RELEVANCE.  COME ON, COUNSELOR.

BY MR. MERRITT:

THIS IS IMPEACHMENT TESTIMONY.

BY THE COURT:

ASKED AND ANSWERED.  AND I'M SUSTAINING IT ANY FURTHER ON RELEVANCE.

EXAMINATION  RESUMED BY MR. MERRITT:

Q       YOU WOULD DENY THEN THAT YOU TOLD GREGORY JULIEN WHILE IN TENT CITY THAT YOU KNEW OR THAT ...

BY MS. O'BANNON:

I'M GOING TO OBJECT.

BY THE COURT:

67

LET ME HEAR THE QUESTION.

EXAMINATION RESUMED BY MR. MERRITT:

Q    THAT YOU RAN INTO THE BAR TO TELL DERRICK MARIGNY THAT THE KIDS WERE COMING DOWN THE BLOCK?

A    NO. THAT'S A LIE.

Q    DO YOU DENY THAT YOU TOLD GREGORY JULIEN THAT YOU SAW NOTHING BECAUSE YOU WERE UNDER THE OTHER AUTOMOBILE?

A    NO.

Q    NO, WHAT?

A    I DIDN'T TELL GREGORY JULIEN THAT. I DON'T KNOW HIM.

Q    YOU DENY TELLING HIM THAT?

A    I DENY IT.

Q    YOU DENY TELLING HIM, THAT IS, GREGORY JULIEN, IN TENT CITY THAT THEY' WERE MAKING A DEAL WITH YOU WITH THE DISTRICT ATTORNEY TO TESTIFY?

A    I DENY THAT.

Q    YOU DENY THAT YOU TOLD GREGORY JULIEN IN TENT CITY THAT YOU COULD HELP DERRICK GET HIS FREEDOM IF YOU SAY YOU SAW THE SHOOT- ING?

A    I'M NOT AWARE OF THAT. NO, I DENY THAT.

Q    YOU DENY TELLING BOTH CRAIG JONES AND GREGORY JULIEN THAT DERRICK WAS THE SUPPLIER OF NARCOTICS FOR "DOC" WILSON?

BY MS. O'BANNON:

YOUR HONOR, I'M GOING TO OBJECT AT THIS TIME. THIS

68

HAS GONE WAY BEYOND IMPROPER IMPEACH-
MENT MATERIAL.

BY THE COURT:

I AGREE.

BY MR. MERRITT:

NOTE AN EXCEPTION.

BY THE COURT:

LET IT BE NOTED.

EXAMINATION RESUMED BY MR. MERRITT:

Q    DO YOU DENY TELLING GREGORY JULIEN THAT A CONTRACT
WAS MADE WITH GREGORY DAVIS TO
KILL LEONARD NELSON?

BY MS. O"BANNON:

I'M GOING TO LODGE ANOTHER OBJECTION.

BY TEHECOURT:

OVERRULED.

EXAMINATION RESUMED BY MR. MERRITT:

A    I DON'T KNOW GREGORY. I DON'T KNOW NONE OF THOSE GUYS,
BUT I DENY ALL THOSE FACTS THAT YOU'RE
COMING UP WITH. ALL OF THEM IS LIES.

Q    DO YOU KNOW HENRY HUDSON?

A    HENRY WHO?

Q    HENRY HUDSON.

A    I KNOW A HENRY. THAT'S HAROLD UNCLE. BUT I DON'T
KNOW HIS LAST NAME.

Q    HENRY HUDSON THE SAME HENRY THAT YOU KNOW THAT WAS
IN TENT CITY FOR TWO WEEKS WHEN YOU
WERE THERE?

A    NO, THIS HENRY WAS THERE FOR LONGER THAN TWO WEEKS
THAT I KNOW.

69

Q   YOU DENY TELLING HENRY OR ANY INDIVIDUAL AT ALL
    THAT THERE WAS A CONTRACT OUT TO KILL ...

A   I DENIED EVERYTHING ABOUT THIS CASE WHILE I WAS IN
    THERE.  IT WAS CONFIDENTIAL.

Q   OKAY.  WHAT KIND OF GUN DOES DERRICK OWN?

A   DERRICK DON'T OWN A GUN THAT I KNOW OF.

Q   ON APRIL ... OR RATHER MAY 2ND, 3RD OR 4TH ON MILTON
    AND DUPLESSIS AND FOY WERE YOU PART OF
    THREE MEN WHO SHOT ... WERE SHOOTING
    IN EXCESS OF 16 SHOTS OR ONE SHOT OR
    ANY NUMBER YOU WANT AT LEONARD NELSON
    AND MAMOO?

A   NO, I WASN'T IN THE PROJECTS THAT DAY.

Q   ANY TIME FROM THE DATE THAT HAROLD ... OR RATHER
    FROM THE DATE THAT THE NARCOTICS WERE
    STOLEN FROM THE DAY OF THE SHOOTING,
    DID ANYONE SHOOT?

A   WHAT NARCOTICS?

Q   DO YOU DENY TELLING HENRY HUDSON ...

BY MS. O'BANNON :

    I'M GOING TO OBJECT AGAIN, YOUR HONOR, AND ASK FOR
    A SIDE BAR.

BY THE COURT:

    ALL RIGHT.

REPORTER'S NOTE:

    ALL COUNSELS APPROACHED THE BENCH FOR A BRIEF
    CONFERENCE.

EXAMINATION RESUMED BY MR. MERRITT;

Q        DO YOU KNOW HENRY HUDSON?

BY THE COURT:

ANSWER THE QUESTION.

BY THE WITNESS:

NO.

BY THE COURT:

HE DOES NOT KNOW HENRY HUDSON.  DO NOT ASK ANY MORE QUESTIONS CONCERNING HENRY HUDSON. ↑ NEXT QUESTION.

EXAMINATION RESUMED BY MR. MERRITT:

Q        DID YOU MAKE ANY STATEMENTS TO HENRY HUDSON?

BY MS. O'BANNON:

OBJECTION.

BY THE COURT:

SUSTAINED.   TAKE YOUR OBJECTION AND MOVE ON.

EXAMINATION RSUMED BY MR. MERRITT:

Q        DO YOU DENY MAKING ANY STATEMENTS TO CRAIG JONES ABOUT THIS CASE, ABOUT YOUR ACTIVITIES...

BY MS. O'BANNON:

I OBJECT, YOUR HONOR, ON THE GROUNDS THAT HE'S NOT LAYING A PROPER FOUNDATION FOR ELICITING STATEMENTS.

BY THE COURT:

SUSTAINED.

EXAMINATION RESUMED BY MR. MERRITT:

Q        DO YOU KNOW CRAIG JONES?

A        NO.

BY THE COURT:

71

HE SAYS HE DOES NOT KNOW CRAIG JONES.

EXAMINATION RESUMED BY MR. MERRITT:

Q    THEN YOU HAD NO CONVERSATION WITH CRAIG JONES?

A    NO.

Q    DO YOU KNOW GREGORY JULIEN?

A    NO.

Q    YOU HAD NO CONVERSATION WITH GREGORY JULIEN?

A    NO.

BY MS. O'BANNON:

OBJECTION.

BY THE COURT:

OVERRULED.  ASKED AND ANSWERED.  DON'T KNOW HIM;
DIDN'T HAVE A CONVERSATION WITH HIM.

EXAMINATION RESUMED BY MR. MERRITT:

Q    TO YOUR KNOWLEDGE, ... YOU'RE DERRICK'S COUSIN,
AREN'T YOU?

A    I'M NOT REALLY RELATED TO DERRICK.  MY COUSIN IS
MARRIED TO HIS MAMA.

Q    YOU HAVE SAID BEFORE THAT HE IS YOUR COUSIN, HAVE
YOU NOT?

A    YES, WE JUST CALL EACH OTHER COUSINS.

Q    DO YOU KNOW WALTER AVANTS (SPELLED PHONETICALLY)?

A    WHO?

Q    WALTER AVANTS.

A    AH-HA.

Q    YOU KNEW HIM?

A    YES.

Q    DID YOU HAVE ANY CONVERSATION WITH HIM RELATIVE TO
THIS CASE?

72

A       GOT INTO IT WITH HIM.

Q       PARDON?

A       ARGUMENT.

Q       YOU HAD A ARGUMENT WITH HIM?

A       YES.

Q       THAT'S BECAUSE HE TOLD YOU YOU SHOULDN'T BE A
                FINK?

A       YES.

Q       YOU ALSO TOLD HIM, DID YOU NOT, YOU EXPECTED YOUR
                PROBATION HOLD LIFTED FOR YOUR TESTI-
                MONY, DIDN'T YOU?

A       NO.

Q       YOU TOLD HIM THAT YOU EXPECTED THEM TO DROP THE CHARGES
                ON THE PROBATION HOLD?

A       NO.

Q       DID YOU TELL HIM THAT YOU HAD A CONTRACT, YOU AND
                DERRICK HAD A CONTRACT OUT ON SKINNY
                MAN?

A       NO, I DID NOT.

Q       DID YOU TELL WALTER AVANTS THAT THE PISTOL IN THE
                STREET BELONGED TO DERRICK?

A       NO.

Q       DID YOU TELL WALTER AVANTS ABOUT AN AMBUSH IN THE
                PROJECTS?

A       NO.

Q       MORE PARTICULARLY, THAT YOU AND TWO OTHER LITTLE
                GUYS, YOU, DOC, OR RATHER, YOU, HAROLD
                "BOSS" WILSON AND DERRICK AND TWO
                LITTLE FELLOWS SHOT NO LESS THAN 16
                SHOTS.

A       THAT'S A LIE.

73

A     WE GOT INTO IT BECAUSE HE TOLD ME I'M WRONG FOR SENDING THEM TO THE PENITENTIARY. THAT'S ALL IT WAS ABOUT.

Q     IS IT SAFE TO SAY THAT BEFORE WALTER AVANTS AND YOU WIND UP IN CENTRAL (SIC.) CITY, YOU WERE ON, AT LEAST TWICE A DAY SOLD DRUGS TO WALTER AVANTS?

A     NO.

BY MS. O' BANNON:

I'M GOING TO OBJECT, YOUR HONOR.

BY THE COURT:

SUSTAINED.

BY MR. MERRITT:

HE SAID NO TO THE QUESTION, YOUR HONOR.

THANK YOU.


BY MS. O'BANNON:

I HAVE A COUPLE OF QUESTIONS FOR YOU.



RE-DIRECT EXAMINATION

EXAMINATION BY MS. O'BANNON:

Q     AT ANY TIME WERE YOU OFFERED A DEAL BY THE D.A.'S OFFICE?

A     NO.

Q     WERE YOU OFFERED A DEAL BY ANY OF THE D.A.S IN COURT TODAY?

A     NO.

Q     WHY ARE YOU HERE IN COURT TODAY?

A     BECAUSE I FEEL I NEED TO BE HERE.

Q     YOU'RE NOT HERE BECAUSE  ANYBODY MADE A DEAL WITH YOU, RIGHT?

74

A        THAT'S RIGHT.

BY MS. O'BANNON:
        THANK YOU.

#### RE-CROSS EXAMINATION

EXAMINATION RESUMED BY MR. MERRITT:

Q        BEEN ALMOST A YEAR SINCE YOU WERE ARRESTED AND
         PLED GUILTY TO POSSESSION OF A GUN,
         AND YOUR PROBATION HASN'T BEEN REVOKED
         YET.  ISN'T THAT TRUE?

A        YES, THAT'S TRUE.

BY THE COURT:
        ANYTHING ELSE?

BY  MS. O'BANNON:
        YES, YOUR HONOR.

#### RE-DIRECT EXAMINATION

EXAMINATION BY MS. O'BANNON:

Q        DID THE D.A.'S OFFICE MAKE ANY DEALS WITH YOU PER-
         TAINING TO PROBATION REVOCATION?

A        NO.

 BY MS. O'BANNON:
        THANK YOU.

BY THE COURT:
        ALL RIGHT.  STEP DOWN.  DO NOT DISCUSS YOUR TESTIMONY
         WITH ANYONE OUTSIDE THIS COURTROOM,
         AND STAY OUTSIDE UNTIL' YOUR NAME GETS
         CALLED AGAIN.

BY MS. MC DONALD:

APPROACH THE BENCH, YOUR HONOR?

BY THE COURT:

YES.

REPORTER'S NOTE:

ALL COUNSELS APPROACHED THE BENCH FOR A BRIEF CONFERENCE.

BY THE COURT:

LADIES AND GENTLEMEN, LET ME EXPLAIN WHAT WE'RE DOING NOW. WE'RE GOING TO CALL ONE MORE WITNESS, AND THEN WE'RE GOING TO TRY AND ... IT'S GOING TO TAKE A WHILE. WE'RE GOING TO GET YOU ALL FROM UPSTAIRS INTO THE VAN, AND I DON'T KNOW WHETHER THEY'RE GOING TO TAKE YOU TO THE HOTEL FIRST OR TAKE YOU ALONG TO YOUR HOUSE TO GET YOUR THINGS. I DON'T KNOW WHAT THEY DO, BUT I'M SURE WHATEVER THEY DO (THEY DO IT ALL THE TIME), THEY'RE PRETTY GOOD AT WHAT THEY DO, BUT THAT'S GOING TO TAKE TIME. ALL RIGHT, SO, WE'LL TAKE THIS WITNESS, AND THEN AS SOON AS WE GET THE VAN AND THE SECURITY PEO- PLE, WE'LL BREAK AND COME BACK TO- MORROW MORNING AND BEGIN WHERE WE LEFT OFF. OKAY? AND THEN WE'RE GOING TO COVER SOME TERRITORY. OKAY? ALL RIGHT, CALL YOUR NEXT WITNESS.

BY MS. O'BANNON:

THE STATE CALLS KEVIN WILLIAMS.

76

KEVIN WILLIAMS

CALLED BY THE STATE AND AFTER FIRST HAVING BEEN DULY SWORN, TESTIFIED AS FOLLOWS:

DIRECT EXAMINATION

EXAMINATION BY MS, MC DONALD:

Q    OFFICER, PLEASE STATE YOUR NAME AND OCCUPATION,

A    MY NAME IS KEVIN L, WILLIAMS, EMPLOYED BY THE NEW ORLEANS POLICE DEPARTMENT,

Q    AND, OFFICER, HOW LONG HAVE YOU BEEN WITH THE NEW ORLEANS POLICE DEPARTMENT?

A    APPROXIMATELY FOUR YEARS,

Q    OFFICER, ON MAY 6TH, 1990, APPROXIMATELY 1:30 IN THE MORNING DID YOU RESPOND TO A CALL AT BRUXELLES AND TREASURE STREET?

A    YES, MA'AM,

Q    AND CAN YOU TELL THE LADIES AND GENTLEMEN OF THE JURY WHAT THE SCENE WAS LIKE WHEN YOU ARRIVED ON THAT SCENE?

A    WHEN I ARRIVED ON THE SCENE THERE WERE SEVERAL PEOPLE STANDING OUTSIDE, MY PARTNER AND I ARRIVED ON THE SCENE AND OBSERVED SOME SUBJECTS STANDING, IDENTIFIED THE NORTHEAST CORNER, EXCUSE ME, AS WE GOT OUT WE RESPONDED TO A SHOOTING AT THAT LOCATION, AS WE ARRIVED WE OBSERVED SEVERAL PEOPLE STANDING ON THE CORNER, WE EXITED THE VEHICLE, AND WAS DIRECTED TO A BLACK MALE SUBJECT BY A VAN WHO WAS LAYING ON THE GROUND BETWEEN A BUILDING AND A VEHICLE PARKED ON THAT CORNER, AND ON

77

THE SCENE, OBSERVED A REVOLVER ON THE GROUND WHICH WAS IN THE STREET. MY PARTNER STOOD OVER THE WEAPON TO SECURE IT. AS I WAS ON THE SCENE I CHECKED THE VICTIM, AND HE/A HAD FAINT PULSE, AT WHICH TIME OFFICER CHARBCNNET. REQUESTED THAT THE AMBULANCE BE STEPPED UP. WE MAINTAINED THE SCENE; THE AMBULANCE ARRIVED. AND THEY TOOK THE VICTIM TO THE HOSPITAL. WE LATER ... AFTER WE MAINTAINED THE SCENE, BLOCKED THE SCENE OFF, BECAUSE WE WERE ADVISED THAT THE SUBJECT WASN'T DOING WELL UNTIL HOMICIDE ARRIVED. WE WERE LATER ADVISED THAT THE SUBJECT HAD EX-PIRED.

Q    NOW, OFFICER WILLIAMS, YOU STATED THERE WAS A GUN FOUND AT THE SCENE. DO YOU RECALL WHERE THAT GUN WAS FOUND?

A    THE GUN WAS APPROXIMATELY TWENTY ... FIFTEEN OR TWENTY FEET FROM WHERE THE VICTIM HAD FALLEN, AND IT WAS IN THE STREET, AS OPPOSED TO THE SIDEWALK WHERE HE WAS LAYING THERE.

Q    IT WAS TWENTY OR TWENTY-FIVE FEET AWAY FROM THE VICTIM?

A    I WOULD SAY ABOUT FIFTEEN OR TWENTY FEET. JUST AN ESTIMATE.

Q    AND DID YOU SECURE THAT GUN BEFORE HOMICIDE CAME AND ...

A    OFFICER CHARBONNET, HE DIDN'T REMOVE IT. HE DIDN'T

78

WANT TO CONTAMINATE THE SCENE, BUT OFFICER CHARBONNET STOOD OVER THE WEAPON THE ENTIRE TIME WHILE WE AWAITED FOR HOMICIDE TO ARRIVE.

Q  AND THAT IS POLICE PROCEDURE, TO SECURE THE SCENE AND WAIT FOR HOMICIDE?

A  YES, MA'AM.

Q  DID HOMICIDE ARRIVE ON THE SCENE, DETECTIVE, ... EXCUSE ME, OFFICER?

A  YES, THEY DID.

Q  WHO WAS THAT?

A  I BELEIVE ... THERE WAS SEVERAL DETECTIVES THERE, DETECTIVES RESPONSIBLE FOR THE SCENE. IT WAS DETECTIVE NORMAN PEARCE.

Q  NORMAN PEARCE. WERE YOU ABLE TO LOCATE ... EXCUSE ME. DID YOU GET ANY WITNESSES THAT EVENING?

A  YES, I DID.

Q  AND WHICH WITNESSES CAME FORWARD AT THAT TIME?

A  A YOUNG MAN BY THE NAME OF TRACY JOHNSON AND A YOUNG LADY BY THE NAME OF CHRISTINE BOATNER.

Q  AND THEY GAVE YOU BRIEF STATEMENTS BEFORE HOMICIDE ARRIVED?

A  YES, THEY DID.

Q  WAS THERE ANYONE ELSE ON THE SCENE AT THAT TIME?

A  NO.

Q  SORRY, OFFICER, THAT WERE GIVING STATEMENTS?

A  NO, MA'AM.

Q  ANY OTHER INDIVIDUAL ON THE SCENE THAT GAVE STATE-MENTS?

79

A          NO, SIR.  NO, MA'AM.  I'M SORRY.

Q          OKAY.  AND THERE CAME A TIME WHEN DETECTIVE PEARCE
           DID COME ON THE SCENE?

A          I'M SORRY?

Q          DID THERE COME A TIME WHEN THE HOMICIDE DETECTIVE,
           DETECTIVE NORMAN PEARCE, CAME ON THE
           SCENE?

A          I  CAN'T HEAR YOU.

BY THE COURT:
           DID THERE COME A TIME WHEN DETECTIVE PEARCE CAME
           ON THE SCENE?

BY THE WITNESS:
           YES, MA'AM.  YES, SIR.

EXAMINATIONA RESUMED BY MS. MC DONALD:

Q          AND YOU TURNED YOUR OVER INVESTIGATION TO THE
           HOMICIDE ...

BY MR. MERRITT:
           SHE'S CONTINUING TO LEAD THE WITNESS, YOUR HONOR.

EXAMINATION RESUMED BY MS. MC DONALD:

Q          DID YOU TURN YOUR INVESTIGATION OVER TO THE HOMICIDE
           AT THAT TIME?

A          YES, THE SCENE WAS TURNED OVER TO OFFICER PEARCE
           WHEN HE ARRIVED.

BY MS. MC DONALD:
           ONE MOMENT, YOUR HONOR.

EXAMINATION RESUMED BY MS. MC DONALD:

80

Q    OFFICER WILLIAMS, DID YOU COLLECT ANY EVIDENCE ON THE SCENE?

A    NO, I DID NOT.

Q    IS THAT LEFT UP TO THE HOMICIDE?

A    YES, THAT'S LEFT TO HOMICIDE AND THE CRIME LAB TO PROCESS THE SCENE.

Q    DID YOU GIVE THE HOMICIDE DETECTIVES A FULL REPORT AS TO WHAT YOU HAD LEARNED?

A    I GAVE HIM A BRIEF ... THE INFORMATION FROM THE TWO WITNESSES THAT I APPROACHED AND GAVE ME THEIR BRIEF STATEMENT OF WHAT THEY HAD OBSERVED.  I JUST ADVISED HIM OF WHO THEY WERE AND GAVE THEM A RUNDOWN OF ...

Q    I'M SORRY, OFFICER.  AND WHEN YOU TURNED THE INVESTIGATION OVER TO HOMICIDE, DID YOU AT THAT TIME HAVE A SUSPECT?

A    WE WERE ADVSIED BY ONE OF THE WITNESSES THAT A SUBJECT KNOWN TO HIM AS "SKINNY MAN."

BY MS. MC DONALD:

YOUR HONOR, I HAVE NOTHING FURTHER.

CROSS EXAMINATION

EXAMINATION BY MR. RUSKIN:

Q    OFFICER, I'M JOHN RUSKIN.  YOU KNOW ME, DON'T YOU?

A    I CAN'T HEAR YOU.

Q    YOU KNOW ME.  MY NAME IS JOHN RUSKIN, RIGHT?

A    YES.

Q    YOU KNOW ALSO THAT I WORK IN THE NARCOTICS COURTS

81

UPSTAIRS AS A PUBLIC DEFENDER?

A    YES.

Q    NOW, YOU WORK IN THE FIFTH DISTRICT. CORRECT? I SEE THE NUMBER ON YOUR LAPEL. DOES THAT INCLUDE THE ST. BERNARD PROJECT?

A    NO, IT DOES NOT.

Q    YOU ARE OFTEN CALLED TO SCENES ... ARE THERE ANY PROJECTS THAT YOUR DISTRICT CCVERS?

A    THE DESIRE PROJECT.

Q    OKAY. AND IN YOUR EXPERIENCE IN THE DESIRE, FLORIDA, DO YOU SEE GUNSHOTS, STUFF LIKE THAT?

BY MS. MC DONALD:

OBJECTION, YOUR HONOR. WHAT WE'RE CONCERNED WITH IS THE NIGHT OF MAY 6TH AND LEONARD NELSON.

BY THE COURT:

YES, WHAT IS THE RELEVANCE, MR. RUSKIN?

BY MR. RUSKIN:

NOTE MY OBJECTION, YOUR HONOR, AND I WILL ...

BY THE COURT:

ALL RIGHT. IF YOU CAN'T GIVE ME THE RELEVANCE, THERE'S NOTHING TO ... OBJECTION SUSTAINED. LET'S MOVE ON.

BY MR. RUSKIN:

YOUR HONOR, IT'S CONNECTED WITH THE BASIS OF ...

BY MS. MC DONALD:

YOUR HONOR, IF HE'S GOING TO GIVE THE RELEVANCE I'D LIKE TO DO IT UP AT THE BENCH.

BY MR. RUSKIN:

THIS OFFICER CAN GIVE THE BACKGROUND INFORMATION

TO THIS JURY ABOUT WHAT HAPPENED IN THE HOUSING PROJECT. I THINK THEY'RE ENTITLED TO HEAR ABOUT THAT.

BY THE COURT:

NO, IT'S DENIED.

EXAMINATION RESUMED BY MR. RUSKIN:

Q   WE TALKED OUTSIDE BEFORE COURT TODAY, DID WE NOT?

A   YES.

Q   I SHOWED YOU A DOCUMENT. I ASKED YOU IF YOU KNEW AN INDIVIDUAL NAMED DERRICK MARIGNY. WHAT DID YOU SAY?

A   I SAID THE NAME SOUNDS FAMILIAR.

Q   WHAT DID YOU SAY?

A   I SAID THE NAME WAS FAMILIAR TO ME, BUT I DIDN'T KNOW THE SUBJECT.

Q   NOW, WHEN YOU ARRIVED ON THE SCENE YOUR PARTNER STOOD OVER THE WEAPON. DID HE ULTIMATE-LY HAND IT OVER, PHYSICALLY PICK IT UP AND HAND IT TO ...

BY THE COURT:

EXCUSE ME. SHERIFF, GO SUGGEST TO THAT GENTLEMAN THAT HE STOP.

REPORTER'S NOTE:

THE COURT REFERRED TO A VERY LOUD NOISE BEING MADE JUST OUTSIDE THE COURTROOM, MAKING IT ALMOST IMPOSSIBLE TO HEAR THE TESTIMONY.

BY THE COURT:

83

ALL RIGHT. LET'S GO.

EXAMINATION RESUMED BY MR. RUSKIN:

Q    THE GUN, WHO PHYSICALLY PICKED IT UP OFF THE GROUND?
THE HOMICIDE OFFICE OR THE CRIME LAB PEOPLE, THEY
PICKED UP THE GUN?

A    AS THEY GOT TO THE SCENE.

Q    NEITHER YOU OR YOUR PARTNER TOUCHED THE GUN?

A    WE DID NOT TOUCH IT.

Q    DID YOU DETERMINE HOW MANY SHOTS WERE FIRED FROM
THAT GUN?

BY MS. MC DONALD:
OBJECTION, YOUR HONOR, HE ALREADY TESTIFIED HE DID
NOT PICK UP THE GUN.

BY MR. RUSKIN:
I ASKED HIM IF HE DETERMINED HOW MANY SHOTS WERE
FIRED.

BY THE COURT:
DID YOU MAKE A DETERMINATION OF HOW MANY SHOTS
WERE FIRED FROM THE GUN?

BY THE WITNESS:
NO, I DIDN'T.

BY THE COURT:
DID YOU PICK IT UP?

BY THE WITNESS:
NO, I DID NOT. I DIDN'T PICK IT UP, AND I DON'T KNOW
HOW MANY SHOTS  WERE FIRED, IF ANY
HAD BEEN FIRED.

EXAMINATION RESUMED BY MR. RUSKIN:

84

Q    WHEN YOU ARRIVED ON THE SCENE, THE ONLY INFORMATION YOU HAD WAS WHAT? THAT THERE HAD BEEN A SHOOTING?

A    THAT THERE HAD BEEN A SHOOTING AT THAT LOCATION.

Q    YOU PREPARED A POLICE REPORT. CORRECT?

A    CORRECT.

Q    IN THE PREPARATION OF THAT POLICE REPORT AND YOUR SCENE, INITIAL SCENE INVESTIGATION, DID ANYBODY TELL YOU THAT THERE WERE FIVE INDIVIDUALS ON THE SCENE ALL WITH GUNS?

A    NO, NOBODY TOLD ME THAT.

Q    DID ANYBODY TELL YOU AT THE SCENE THAT HAROLD WILSON HAD A GUN?

A    NOBODY TOLD ME ANYONE HAD A GUN.

Q    DID ANYBODY TELL YOU THAT THERE WERE TWO OTHER PEOPLE THAT WERE WITH HAROLD WILSON?

A    AS I RECALL, ONE OF THE WITNESSES MIGHT HAVE MENTIONED HE WAS STANDING ON THE CORNER WITH SOME PEOPLE.

Q    BUT YOU DON'T KNOW WHO THEY WERE?

A    NO, I DON'T KNOW.

Q    YOU DIDN'T KNOW, FOR EXAMPLE, WHETHER THEY WERE EITHER GOOD FRIENDS OR CLOSE FRIENDS WITH HAROLD WILSON.

BY MS. MC DONALD:

OBJECTION. HE DIDN'T KNOW WHO THEY WERE, YOUR HONOR.

BY THE COURT:

SUSTAINED.

85

EXAMINATION RESUMED BY MR. RUSKIN:

Q    OFFICER, I'M GOING TO GIVE YOU A PIECE OF PAPER WHICH I'M GOING TO MARK AS D-1. IT HAS YOUR NAME ON IT, OFFICER WILLIAMS. I'M GOING TO ASK YOU TO MARK ON...

BY MS. MC DONALD:

MAY I SEE THAT PIECE OF PAPER.

EXAMINAITON RESUMED BY MR. RUSKIN:

Q    I'M GOING TO ASK YOU TO MARK ON THIS PIECE OF PAPER. YOU'LL NOTE ON IT, IT SAYS, "END ZONE." CAN YOU SEE THIS/THE INTERSECTION, THE APPROXIMATE INTERSECTION?

A    YES, I CAN.

Q    OKAY. NOW, THE END ZONE FORMS ONE CORNER, TO THAT PICTURE ON THE RIGHT ...

A    I'M SORRY?

Q    IT REFLECTS WHAT'S ON THE BLACKBOARD, FOR THE BENEFIT OF THE JURY. OKAY. WOULD YOU PLEASE ... I'M GOING TO GIVE YOU A RED MARKER. WOULD YOU PLEASE MARK ON THERE APPROXIMATELY WHERE YOU FOUND THE GUN. JUST MAKE A "G" FOR THE GUN. SO, LET'S BACK UP. FIRST, YOU SEE WHERE THE END ZONE IS ON THAT PIECE OF PAPER?

A    UM-HMM.

Q    TELL ME WHERE THE BRICK BUILDING IS, LIGHT BRICK.

A    THE BRICK BUILDING WOULD BE RIGHT HERE.

Q    AND IF YOU WOULD, TELL ME ... ALSO, MARK ON THERE WHERE THE EMPTY LOT IS. AND, IF I'M

86

NOT MISTAKEN ON THE FOURTH CORNER THERE'S A GROUP OF HOUSES. RIGHT?

A    THERE ARE SOME HOUSES.

Q    NOW, THE CORNER WHERE THE BRICK BUILDING IS WHEN YOU ARRIVED ON THE SCENE, HOW MANY CARS WERE THERE.

A    I CAN'T HEAR YOU.

Q    WHEN YOU ARRIVED ON THE SCENE, HOW MANY CARS WERE ON THE CORNER WHERE THE BRICK BUILDING IS?

A    ONLY THE RED CAR WAS PARKED THERE AT THAT TIME.

Q    DO YOU KNOW HOW MUCH TIME IT WAS FROM WHEN YOU ARRIVED AND WHEN MR. WILSON WAS SHOT?

A    I CAN'T SAY. ON THE REPORT I HAVE THE TIME I RESPONDED TO THE DISPATCHER, AND I GAVE THE TIME OF THE ARRIVAL ON THE SCENE.

Q    NOW, IT'S MARKED WITH THE LETTER "G". APPROXIMATELY WHERE ON THAT MAP, WHERE THE GUN WAS FOUND?

A    OKAY. RIGHT THERE. MAKE OUT THAT WOULD BE "G". AND I'LL MAKE A "V" RIGHT HERE, TO SHOW YOU WHERE THE VICTIM WAS.

Q    WHERE THE VICTIM WAS? OKAY. THAT CAR, SO THAT WE UNDERSTAND CORRECTLY, IT WAS MORE OR LESS ABONDONED PARKED ON AN ANGLE ON THE SIDEWALK. RIGHT?

A    I DON'T RECALL AN ABONDONED CAR. DETECTIVES FROM HOMICIDE RAN A LICENSE PLATE AND WHAT- NOT, AND FOUND OUT WHO THE REGISTERED OWNER WAS. I DON'T BELIEVE IT WAS A ABONDONED VEHICLE.

87

Q    THERE WERE NO PASSENGERS OR ANY INDICATION THAT PEOPLE HAD BEEN INSIDE THAT PARTICULAR CAR.  IS THAT CORRECT?

A    NO.

Q    NOW, IN MAKING YOUR REPORT THAT INFORMATION THAT I ASKED YOU ABOUT OTHER GUNS ON THE SCENE OR ... NOW, THIS IS A SHOOTING. OTHER GUNS ON THE SCENE AND OTHER WITNESSES.  THAT'S THE KIND OF INFORMATION YOU WOULD WANT SO THAT YOU COULD FIND OR IDENTIFY THE PERPETRATOR. RIGHT?

A    YES, SIR.

Q    YOU WOULD ALSO WANT TO KNOW THE TYPE OF INFORMATION WHETHER ... IF THERE HAD BEEN LOTS OF PEOPLE AT THE SCENE, WHETHER THERE HAD BEEN PRIOR FIGHTS BETWEEN THEM, WOULD YOU NOT, TO MAKE UP THAT REPORT?

A    WE WEREN'T ADVISED  OF ANY PRIOR INCIDENTS GOING ON.

Q    BUT THAT WOULD BE SOMETHING YOU WANT TO KNOW FOR YOUR INVESTIGATION, WHO TO TALK TO .

A    IF IT WOULD GIVE ME A MOTIVE, POSSIBLY, YES.  IF THERE HAD BEEN FIGHTS.

Q    DID YOU MEET WITH ONE CURTIS MILLER AT ALL?

A    NO.

Q    DID YOU MEET WITH ... DID YOU SEE THE FELLOW WHO WENT OUTSIDE WITH THE 49ERS JACKET?

A    I DIDN'T.  I WAS SITTING IN THE OFFICE, IN THE CAR.

Q    DID YOU MEET WITH A ONE "DERRICK MARIGNY?"

A    NO, I DID NOT.

Q    OKAY.  HOW LONG WAS IT AFTER YOU ARRIVED ON THE

88

SCENE AND IMMEDIATELY SECURED IT BEFORE YOU MET TRACY JOHNSON?

A    I CAN GUESS. IT COULD HAVE BEEN NO MORE THAN ... IT TOOK TIME FOR ME TO INVESTIGATE THEM BECAUSE I STOOD BY THE VICTIM THE ENTIRE TIME. I SPOKE TO THEM SOMETIME AFTER THAT. I CAN'T ESTIMATE.

Q    IS IT FAIR TO SAY THAT YOUR CONVERSATION WITH TRACY JOHNSON WAS OF A SHORT NATURE? GIVE ME A QUICK UNDERSTANDING OF WHAT HAPPENED. IS IT FAIR TO SAY THAT YOUR CONVERSATION WITH TRACY JOHNSON WAS A SHORT CONVERSA-TION. GIVE ME A QUICK UNDERSTANDING OF WHAT HAPPENED.

A    IT TOOK LONGER FOR THEM TO GIVE ME A STATEMENT. I CAN'T ESTIMATE HOW LONG IT TOOK HIM TO TELL ME. IT WASN'T ... THE STATE-MENT IS INCLUDED IN THE REPORT. I CAN'T SAY IF IT TOOK 5 OR 10 MINUTES.

Q    WELL, THE STATEMENT IS VERY SHORT, ISN'T IT?

BY MS. MC DONALD:

YOUR HONOR, I'M GOING TO OBJECT. HE'S ANSWERED THE QUESTION THE BEST HE CAN.

BY THE COURT:

I THINK IT'S BEEN ASKED AND ANSWERED, COUNSEL. LET'S MOVE ON. ALL RIGHT?

EXAMINATION   RESUMED BY MR. RUSKIN:

Q    HOW LONG WAS IT BEFORE YOU MET WITH CHRISTINE BOATNER?

A    WHEN I TALKED WITH 'EM BOTH, WHICH BELIEVE THEY'RE GIRLFRIEND AND BOYFRIEND. AND I SPOKE

WITH HER, AND HER STATEMENT COINCIDED WITH HIS.

Q    OKAY.  AGAIN, WE'VE HEARD YOUR CONVERSATION WAS PRETTY SHORT.  IT WASN'T AN EXTENSIVE INVESTIGATION?

A    NO, IT WASN'T.

Q    THE POLICE REPORT THAT YOU PREPARED THAT NIGHT, HOW LONG WAS IT BEFORE YOU PREPARED IT?  THE NEXT DAY?  OR, DO YOU REMEMBER?

A    I DON'T RECALL.  I KNOW I STARTED WRITING THE REPORT, AFTER WE CLEARED THE SCENE, SO I START WRITING THE REPORT.  SO, I WOULD SAY ROUGHLY AFTER WE CLEARED THE SCENE, AND THE SCENE WAS TURNED OVER TO HOMICIDE.

Q    YOU MARKED ON THAT PIECE OF PAPER "V" FOR VICTIM. CORRECT?

A    AND "G" FOR THE GUN.  YES.

Q    THAT WAS AT THE FRONT OF THE CAR, THAT CAR THAT WAS PARKED THERE?

BY MS. MC DONALD:

IS WHAT IN FRONT OF THE CAR?

BY MR. RUSKIN:

WAS THE VICTIM IN FRONT OF THE CAR, THE CAR THAT WAS PARKED THERE?

EXAMINATION RESUMED BY MR. RUSKIN:

A    IT WAS PARKED ...

Q    ON THE SIDE OR IN THE FRONT.  IT WAS IN THE REAR OF THE CAR.

BY THE COURT:

90

YOU PUT WHERE IT WAS ON THAT PIECE OF PAPER?

BY THE VICTIM:

YES.

EXAMINATION RESUMED BY MR. RUSKIN:

Q       DO  ME A FAVOR THEN, MARK, IF YOU WOULD, YOU'VE GOT THAT RED PEN, TELL ME WHERE THE FRONT OF THE CAR IS, SIR, BECAUSE I'M CONFUSED.

REPORTER'S NOTE:

THE WITNESS COMPLIED WITH THE REQUEST OF MR. RUSKIN.

EXAMINATION RESUMED BY MR. RUSKIN:

Q       MARK, ALSO, THERE, TELL ME WHERE POPEYE'S IS ON PARIS AVENUE.

A       THAT'S PARIS.  THAT WOULD BE TO THE NORTH RIGHT HERE.

Q       THAT'S PARIS?

A       YES.

Q       AND WHERE IS GENTILLY?

A       PARIS RUNS THIS WAY.

BY MR. RUSKIN:

YOU'RE GOING TO HAVE TO SPEAK UP.

EXAMINATION RESUMED BY MR. RUSKIN:

A       PARIS AVENUE IS RUNNING THIS WAY.

Q       OKAY.

A       AND GENTILLY WOULD BE RIGHT ALONG HERE.

Q       ALL RIGHT.  AND THE ABONDONED CAR WAS POINTING WHICH DIRECTION, OR THE CAR THAT WAS PARKED THERE?

91

A        THIS WAS THE FRONT OF THE VEHICLE.

Q        MAKE A LINE ARROW/ TO STICK OUT.  OKAY.

BY MR. RUSKIN:

THANK YOU.  OKAY.

BY THE COURT:

ALL RIGHT, MR. RUSKIN, LET'S GO.

BY MR. RUSKIN:

I'LL TENDER THE WITNESS AT THIS TIME.

BY MS. MC DONALD:

YOUR HONOR, I HAVE NOTHING ELSE.

BY THE COURT:

NOTHING ELSE?

BY MS. MC DONALD:

NOT OF THIS WITNESS.  THANK YOU.

BY THE COURT:

STEP DOWN.  AND LEAVE YOUR NUMBER IN CASE WE NEED YOU TOMORROW.  OKAY.  ALL RIGHT. LADIES AND GENTLEMEN, WE'RE GOING TO BREAK NOW.  EARL, ARE YOU READY FOR THEM.

BY THE DEPUTY:

YES, YOUR HONOR, I'M READY.

* * * * *

REPORTER'S NOTE:

COURT WAS ADJOURNED FOR THE EVENING.  THE JURORS DEPARTED THE COURTROOM.

92