# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

---

LEONARD NELSON,

      Petitioner,

    v.

DARREL VANNOY, Warden of Louisiana State Penitentiary,

      Respondent.

Case No. 3:26-cv-00303-SSD-RLB

---

## MOTION FOR LEAVE TO FILE PHYSICAL EXHIBIT

Mr. Nelson's habeas petition refers throughout to a flash drive submitted as Exhibit 1 during the evidentiary hearing on his petition for post-conviction relief in state court. Petitioner seeks leave to provide this Court with a copy of that flash drive.

    Respectfully submitted,

    /s/ *Thomas W. Frampton*
    Thomas W. Frampton, La. Bar No. 35775
    *Counsel for Petitioner Leonard Nelson*
    University of Virginia School of Law
    580 Massie Road
    Charlottesville, VA 22903
    tel: 202.352.8341
    *Affiliation for Identification Only*

1