# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

—————————————————————

LEONARD NELSON,

      Petitioner,

   v.

DARREL VANNOY, Warden of Louisiana
State Penitentiary,

      Respondent.

—————————————————————

Case No. 3:26-cv-00303-SSD-RLB

## [PROPOSED] ORDER

Leave is hereby GRANTED to allow Petition to file a physical exhibit in support of his

petition for writ of habeas corpus.

**IT IS SO ORDERED.**

Date: _____

_____
Hon. Richard L. Bourgeois, Jr.

1